CHIN-LI MOU
4141 Boneso Cir.
San Jose, CA 95134
(408)954-8085

Pro se

ADR

Clear Form

FILED

2007 NOV 13 P 2:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

C/RS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU Plaintiff, | CASE NO. C07 05740 RS |
| vs. | APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u> (Non-prisoner cases only) |
| CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH Defendant. | |

I, CHIN-LI MOU, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ________________ Net: ________________

Employer: ________________________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

State Fund Compensation Insurance Fund Gross $3500 Net $2500, last paycheck 2005 Jan.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment? Yes ___ No X

b. Income from stocks, bonds, or royalties? Yes ___ No X

c. Rent payments? Yes ___ No X

d. Pensions, annuities, or life insurance payments? Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________

______________________________

3. Are you married? Yes ___ No X

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_______________

_______________

5. Do you own or are you buying a home? Yes X No ___

Estimated Market Value: $ 500,000 Amount of Mortgage: $ 0

6. Do you own an automobile? Yes ___ No X

Make ________ Year ________ Model ________

Is it financed? Yes _____ No _____ If so, Total due: $ ________

Monthly Payment: $ ________

7. Do you have a bank account? Yes X No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: ① Wellsfargo bank - 1 South Milptas Blvd, Milptas 95035, ② Comerica Bank 1245 S. Winchester Blvd S,J 95178

Present balance(s): $ $150, $ 50

Do you own any cash? Yes X No ___ Amount: $ 15

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) ① TV - owned since 1988 $20. Yes X No ___

② Computer with window 98 operating system $100

8. What are your monthly expenses?

Rent: $ ________ Utilities: $ 35

Food: $ 150 Clothing: $ 60.

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

San Jose Renassiance ~~Ho~~ Home Owner Ass. $240 per month

County Of Santa Clara property tax $220 per month

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

NOV/13/2007

DATE

SIGNATURE OF APPLICANT