# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

FILED
2007 NOV 19 P 12: 51
RICHARD W. WIEKING
U.S. DISTRICT COURT
DIST. OF CA. S.J.

CHIN-LI MOU

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C07 05740 RS**

v.

CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH

TO: (Name and address of defendant)

CITY OF SAN JOSE
200 East Santa Clara St.
San Jose, CA 95113

SAN JOSE PUBLIC LIBRARY
EDUCATION PARK BRANCH
1770 Education Park Dr.
San Jose, CA 95133

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHIN-LI MOU   pro se
4141 Boneso Cir.
San Jose, CA 95134

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE: NOV 1 3 2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE  11-14-2007 |

Service of the Summons and Complaint was made by me [1]

| Name of SERVER  Steven Yang | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
Educational Park Branch Library
1770 Educational Park Dr., San Jose, CA 95133
(received by Carrine)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-14-2007
Date

Signature of Server: Steven Yang

Address of Server: 1778 McCarthy Blvd, Milpitas, CA 95035

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure