# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 11-14-2007

Name of SERVER: Steven Yang

TITLE:

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: San Jose City Hall, 200 E Santa Clara St, San Jose, CA 95113. office of City Clerk (received by Cynthia M. Jaszka)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-14-2007
Date

Signature of Server: Steven Yang

Address of Server: 1778 McCarthy Blvd, Milpitas, CA 95035

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure