```
1   CHIN-LI MOU
    4141 Boneso Circle
2   San Jose, CA 95134

3   (408) 954-8085

4

5   Pro Se
```

FILED
2008 JAN 23 A 10: 58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | CASE NO.: C07 05740 RS |
| Plaintiff, | |
| vs. | REQUEST FOR APPOINTMENT OF COUNSEL UNDER 42 U.S.C § 1983; DECLARATION IN SUPPORT OF REQUEST |
| CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH | |
| Defendants. | |

1. I, the plaintiff in the above-entitled civil right discrimination action, request that the Court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   a. My claim is meritorious (that is, I have a good cause);

   b. I have made a reasonably diligent effort to obtain counsel;

1

      c. I am unable to find an attorney willing to represent me on terms that I can afford.

2. I have contacted the following attorneys and requested that they represent me in this matter:

    a. Mr. Mark Matel; 650-470-2650

    b. John Chester; 408-280-0930

    c. Elena Rivkin; 408-568-6950

3. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    a. I am currently not employed. I am a student;

    b. I am divorced;

    c. I am not on any social well-fare program;

    d. I only have few hundreds of dollars in my bank account for the purchase of textbooks.

I declare under penalty of perjury that the above is true and correct.

Dated: January 22, 2008

*(signature)*

Chin-Li Mou

Plaintiff in pro se

2