RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH,<br><br>　　　　　　　Defendants. | Case Number:  C07-05740 RS<br><br>**DEFENDANT CITY OF SAN JOSE'S ANSWER TO PLAINTIFF'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS, FIRST, EIGHTH AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION**<br><br>**JURY TRIAL DEMANDED** |

Defendant City of San Jose hereby responds to the Complaint in the above-entitled matter as follows:

　　　1.　　Answering Paragraph 1 of Plaintiff's Complaint, Defendant City of San Jose admits that the City of San Jose is a public entity under the laws of the state of California and located within the County of Santa Clara.  Defendant City of San Jose also admits that if Plaintiff has properly plead and alleged claimed of violation of the United States Constitution, the United States Federal Court, Northern District of California, San Jose Division would be the proper Court for this action.

/ / / / /

/ / / / /

2. Answering Paragraph 2 of Plaintiff's Complaint, Defendant lacks sufficient information and belief to enable them to answer the allegations contained in Paragraph 2, and on that basis denies said allegation.

3. Answering Paragraph 3 of Plaintiff's Complaint, Defendant admits that Plaintiff filed a "claim against the City of San Jose, California" with the San Jose City Clerk on April 26, 2007.

4. Answering Paragraph 4 of Plaintiff's Complaint, Defendant City of San Jose admits that a "Notice of Rejection of Claim" was mailed from the City of San Jose on May 18, 2007 concerning a claim for damages made by Plaintiff for an incident that reportedly occurred on November 3, 2006. Defendant denies the remaining allegations contained in Paragraph 4.

5. Answering Paragraph 5 of Plaintiff's Complaint, Defendant lacks sufficient information and belief to enable them to answer the allegations contained in Paragraph 5, and on that basis denies said allegations.

6. Answering Paragraph 6 of Plaintiff's Complaint, due to the overly compound and broad statements contained in the three pages of Paragraph 6 and the fact that Defendant lacks sufficient information and belief to enable them to answer any of the convoluted and numerous allegations contained in Paragraph 6, and on these basis denies the numerous allegations contained in Paragraph 6.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. As and for a First Affirmative Defense, Defendant alleges that the Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2. As and for a Second Affirmative Defense, Defendant alleges that Plaintiff was careless and negligent in and about the matters referred to in the Complaint and

further that Plaintiff failed to exercise any care for Plaintiff's own safety and such carelessness and negligence on the part of Plaintiff proximately caused and contributed to the alleged damage, detriment, or injuries sustained by Plaintiff, if any, and that Plaintiff's recovery should therefore either be barred or reduced to the extent of Plaintiff's negligence.

### THIRD AFFIRMATIVE DEFENSE

3. As and for a Third Affirmative Defense, Defendant alleges that any harm Plaintiff suffered was the result of a negligent or otherwise wrongful conduct of persons other than this Defendant and that the conduct of persons other than this Defendant was the sole and proximate cause of the injuries and damages alleged by Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

4. As and for a Fourth Affirmative Defense, Defendant alleges that they are immune from the state law causes of action pursuant to Government Code sections 800-1000, including but not limited to sections 820.2, 820.4, 820.8, 821.6, 821.8, and 822.2.

### FIFTH AFFIRMATIVE DEFENSE

5. As and for a Fifth Affirmative Defense, Defendant alleges that Plaintiff's Complaint is barred in that Plaintiff failed to comply with the claims filing provision of Government Code Section 900, et seq.

### SIXTH AFFIRMATIVE DEFENSE

6. As and for a Sixth Affirmative Defense, Defendant alleges that Plaintiff has failed to mitigate his damages, if any.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

WHEREFORE, Defendant prays:

1. That Plaintiff take nothing by his Complaint;

2. That Plaintiff's Complaint be dismissed with prejudice;

3. That Defendant be awarded its cost of suit, including attorneys' fees incurred herein; and

4. For such other further relief as the Court deems proper.

Respectfully submitted,

Dated: December 6, 2007

RICHARD DOYLE, City Attorney

By: _____
ROBERT BURCHFIEL
Sr. Deputy City Attorney

Attorney for Defendant,
CITY OF SAN JOSE

### REQUEST FOR JURY TRIAL

Defendant City of San Jose hereby requests a jury trial in this action.

Respectfully submitted,

Dated: December 6, 2007

RICHARD DOYLE, City Attorney

By: _____
ROBERT BURCHFIEL
Sr. Deputy City Attorney

Attorney for Defendant,
CITY OF SAN JOSE

# PROOF OF SERVICE

CASE NAME:   Mou v. CSJ, et al.

CASE NO.:    C07-05740 RS

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On December 6, 2007, I caused to be served the within:

**DEFENDANT CITY OF SAN JOSE'S ANSWER TO PLAINTIFF'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

☒   by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Ms. Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134
Telephone: (408) 954-8085

Plaintiff in Pro Se

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 6, 2007, at San Jose, California.

Cecilia McDaniel

451776