1

2

3                                                          **\*E-FILED 1/14/08\***

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12

13

14    CHIN-LI MOU,                                NO. C 07-05740 RS

15                      Plaintiff,                **ORDER GRANTING
                                                 APPLICATION TO PROCEED *IN
16           v.                                  FORMA PAUPERIS* AND
                                                 DENYING REQUEST FOR
17    CITY OF SAN JOSE,                           APPOINTMENT OF COUNSEL**

18                      Defendant.

19    _____/

20

21         Good cause appearing, IT IS ORDERED that the application to proceed *in forma pauperis* is

22    GRANTED.  As it appears that the Clerk has already issued summons and that plaintiff arranged for

23    service of summons and complaint, and that defendant has answered, service by the U.S. Marshall

24    will not be ordered.

25         Plaintiff also moves for appointment of counsel 42 U.S.C. § 2000e-5(f)(1).   That code

26    section governs the appointment of counsel in actions involving employment discrimination.  Here,

27    plaintiff has alleged a claim involving discrimination, but not in the context of her employment.

28    Accordingly, there appears to be no basis upon which appointment of counsel to represent her would

**United States District Court**
For the Northern District of California

1

1  be appropriate and the request is therefore denied.

2

3

4  IT IS SO ORDERED.

5  Dated: January 14, 2008

6  RICHARD SEEBORG
   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

ORDER
C 07-05740 RS

2

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2    Robert Baker Burchfiel      CAO.Main@ci.sj.ca.us

3    **AND A COPY OF THIS ORDER WAS MAILED TO:**

4    Chin-Li Mou
     4141 Boneso Circle
5    San Jose, CA 95134

6

7    Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the Court's CM/ECF program.
8

9    **Dated: 1/14/08**                                    **Richard W. Wieking, Clerk**

10

11                                                         **By:**      __**Chambers**__

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER
     C 07-05740 RS

3