1  CHIN-LI MOU
   4141 Boneso Circle
2  San Jose, CA 95134

3  (408) 954-8085

4

5  Pro Se

FILED

2008 JAN 23 A 10:58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHIN-LI MOU,

Plaintiff,

vs.

CITY OF SAN JOSE, SAN JOSE
PUBLIC LIBRARY EDUCATION PARK
BRANCH

Defendants.

)
)  CASE NO.: C07 05740 RS
)
)
)
)  REQUEST FOR APPOINTMENT OF
)  COUNSEL UNDER 42 U.S.C § 1983;
)  DECLARATION IN SUPPORT OF
)  REQUEST
)
)
)
)
)
)
)
)

1. I, the plaintiff in the above-entitled civil right discrimination action, request that the Court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   a. My claim is meritorious (that is, I have a good cause);
   b. I have made a reasonably diligent effort to obtain counsel;

1

c. I am unable to find an attorney willing to represent me on terms that I can afford.

2. I have contacted the following attorneys and requested that they represent me in this matter:

a. Mr. Mark Matel; 650-470-2650

b. John Chester; 408-280-0930

c. Elena Rivkin; 408-568-6950

3. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

a. I am currently not employed. I am a student;

b. I am divorced;

c. I am not on any social well-fare program;

d. I only have few hundreds of dollars in my bank account for the purchase of textbooks.

I declare under penalty of perjury that the above is true and correct.

Dated: January 22, 2008

_Chin-Li Mou (signature)_

Chin-Li Mou

Plaintiff in pro se