**United States District Court**
For the Northern District of California

1
2
3                                                       **\*E-FILED\***
                                                        **February 7, 2008**
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11   CHIN-LI MOU,                              No. C 07-05740 RS
12            Plaintiff,
13        v.                                   **ORDER CONTINUING CASE
                                               MANAGEMENT CONFERENCE**
14   CITY OF SAN JOSE,
     et al.,
15
              Defendants.
16   _____/

17        At the request of plaintiff and good cause appearing,

18        IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled

19   matter currently set for March 5, 2008 at 2:30 p.m. is continued to **April 2, 2008 at 2:30 p.m.**

20        The parties shall make a determination regarding the issue of consent to the jurisdiction of

21   the Magistrate Judge and file the appropriate form no later than March 26, 2008.  The parties shall

22   file a joint Case Management Conference Statement no later than March 26, 2008.

23

24   Dated:  February 7, 2008

25

26   _____
     RICHARD SEEBORG
27   United States Magistrate Judge

28

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

2

3  Robert Baker Burchfiel    CAO.Main@ci.sj.ca.us

4  **AND A COPY OF THIS ORDER WAS MAILED TO:**

5  Chin-Li Mou
   4141 Boneso Circle
6  San Jose, CA 95134

7

   Dated:  February 7, 2008
8

9

                              /s/ BAK
10                            Chambers of Magistrate Judge Richard Seeborg

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2