UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOU,

Plaintiff(s),

v.

CITY OF SAN JOSE,

Defendant(s).
_____/

CASE NO. C07-05740 RS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: 3/25/08

/s/ Chin-Li Mou
~~Attorney for~~ Plaintiff

Dated: 3/25/08

/s/ Robert Burchfiel, Esq.
Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____

                                                  UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

CASE NAME:   Mou v. CSJ, et al.

CASE NO.:   C07-05740 RS

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On March 25, 2008, I caused to be served the within:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Ms. Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134
Phone Number: (408) 954-8085
E-Mail: cmou@hotmail.com

*In Propria Persona*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 25, 2008, at San Jose, California.

Cecilia McDaniel

470733.doc