RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH,<br><br>    Defendants. | Case Number: C07-05740 RS<br><br>**DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date:      April 2, 2008<br>Time:      2:30 p.m.<br>Courtroom: 4<br>Judge:     Magistrate Seeborg |

Defendant City of San Jose submits this Case Management Statement and [Proposed] Order and request the Court to adopt it as its Case Management Order in this case.

**1.   A BRIEF DESCRIPTION OF EVENTS UNDERLYING THIS ACTION**

This action alleges violation of the Federal Civil Rights Act (42 U.S.C. § 1983), arising from the suspension of Plaintiff Mou's library privileges for a period of six months within the City of San Jose Library system. Plaintiff Mou believes that her constitutional rights have been violated by Defendant City of San Jose in taking such action in suspending her library privileges.

Plaintiff further alleges that she has "suffered severe mental distress and was injured in her health as a direct result of the action taken by Defendants."

Neither parties dispute the fact that the City of San Jose Library Department had a policy and procedure in place for suspensions of library privileges and available procedure for a hearing to review the grounds for the suspension. Ms. Mou availed herself of the hearing process and attended a Suspension Review Hearing with her attorney before the Assistant Library Director for the City of San Jose Public Library.

Ms. Mou's initial suspension from the San Jose Public Library was from November 1, 2006 to May 1, 2007. After Ms. Mou's Appeal Hearing which was held on January 4, 2007 the suspension was reduced to four months which therefore resulted in a condition that she could return on March 1, 2007. There were a number of conditions in which she was allowed to regain her library privileges which were outlined in a correspondence of January 18, 2007.

**2.     THE PRINCIPAL FACTUAL ISSUES WHICH THE PARTIES DISPUTE**

The underlying facts and circumstances existing at the time for the basis of Plaintiff Mou's suspension are in dispute.

**3.     THE PRINCIPAL LEGAL ISSUES WHICH THE PARTIES DISPUTE**

The first issue in dispute is whether or not there is a liberty interest within the due process clause of the fourteenth amendment within Plaintiff's ability to freely use the public library when she was suspended from such privileges.

A second area of legal dispute would be the determination of the amount of process which is due before the Defendants can act to suspend a person such as Plaintiff Mou from access to the library.

**4.     OTHER FACTUAL ISSUES WHICH REMAIN UNRESOLVED FOR THE REASONS STATED BELOW AND HOW THE PARTIES PROPOSE TO RESOLVE THOSE ISSUES**

None.

/ / / / /

5. **THE PARTIES WHICH HAVE NOT BEEN SERVED AND THE REASONS**

None.

6. **THE ADDITIONAL PARTIES WHICH TO THE BELOW SPECIFIED PARTIES INTEND TO JOIN IN THE INTENDED TIME FRAME FOR SUCH JOINDER**

None currently known.

7. **THE FOLLOWING PARTIES CONSENT TO A ASSIGNMENT OF THIS CASE TO A U. S. MAGISTRATE JUDGE FOR JURY TRIAL**

Defendant City of San Jose consents to assignment of this case to a United States Magistrate Judge for jury trial.

## ALTERNATIVE DISPUTE RESOLUTION

The parties have discussed the potential for ADR, and believe that the best process for this case an Early Neutral Evaluation.

## DISCLOSURES

The parties have agreed to make Rule 26 Initial Disclosures on or before the date for the Case Management Conference in this matter.

## DISCOVERY

The parties have no reason to believe that discovery in this matter will exceed those outlined in the Federal Rules.

## TRIAL SCHEDULE

Defendant believes that post discovery motions will be necessary and therefore

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / / /

DEFENDANT'S JOINT CMC STATEMENT

Case Number: C07-05740 RS

471265.doc

request that a Subsequent Case Management Conference be scheduled in approximately 120 days.

Both Plaintiff and Defendants demand a jury trial.

Dated: March 27, 2008

RICHARD DOYLE, City Attorney

By: /s/
ROBERT BURCHFIEL
Sr. Deputy City Attorney

Attorneys for Defendant,
CITY OF SAN JOSE

## CASE MANAGEMENT ORDER

The Case Management Statement and [Proposed] Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the Court orders:

Dated: _____

Magistrate Seeborg
United States District Court Judge

# PROOF OF SERVICE

CASE NAME:  Mou v. CSJ, et al.

CASE NO.:  C07-05740 RS

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On March 27, 2008, I caused to be served the within:

**DEFENDANT'S CMC STATEMENT AND [PROPOSED] ORDER**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Ms. Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134
Phone Number:  (408) 954-8085
E-Mail:  cmou@hotmail.com

*In Propria Persona*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 27, 2008, at San Jose, California.

_____
Cecilia McDaniel

471265.doc