THIS IS TO CERTIFY THAT A COPY OF THIS CLERK'S NOTICE HAS BEEN MAILED TO:

Chin-Li Mou

4141 Boneso Circle

San Jose, CA 95134

Dated: March 27, 2008                              Richard W. Wieking, Clerk

                                                   By:_____

                                                        Martha Parker Brown,
                                                         Courtroom Deputy