# UNITED STATES DISTRICT COURT
## Northern District of California
### 280 South First Street
### San Jose, California 95113

_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking | General Court Number |
| Clerk | 408.535.5364 |

### March 27, 2008

**CASE NUMBER:** CV 07-05740 RS
**CASE TITLE:** CHIN-LI MOU-v-CITY OF SAN JOSE, ET AL.

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 03/26/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 03/27/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to: All Counsel | Transferor CSA |