ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

April 7, 2008

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134
408-954-8085

Robert Baker Burchfiel
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113-1905
408-535-1900

    Re: Mou v. City of San Jose
      <u>Case No. C 07-05740 JF ENE</u>

Dear Ms. Mou and Counsel:

  We have received notification from Jeremy Fogel that the referenced case was referred to ENE on 3/25/2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **Tuesday, 4/15/2008 at 10:00 AM**. This office will initiate the call. Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

  Thank you for your attention to this matter.

            Sincerely,

            Claudia M. Forehand
            ADR Case Administrator