# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Mou,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>City of San Jose,<br><br>                    Defendant(s). | 07-05740 JF ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Carol Webster Millie**
Corporate Advisory Law Group
40 Main St.
Los Altos, CA 94022
650-947-9199
cmillie@adviselaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05740 JF ENE                                      - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: May 20, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05740 JF ENE                              - 2 -