UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 30, 2008
**Case Number:** CV-07-5740-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        CHIN-LI MOU  V. CITY OF SAN JOSE

PLAINTIFF                                                    DEFENDANT

Attorneys Present:  Chin-Li Mou, pro se          Attorneys Present: Robert Burchfiel

PROCEEDINGS:

Case management conference held. Parties are present. Continued to 8/29/08 at 10:30 a.m. for further case management conference. The Court grants plaintiff's request for counsel, and refers the case to the Federal Pro Bono Project. The Court sets the initial disclosure cut-off on 7/1/08.