CHIN-LI MOU
4141 Boneso Circle
San Jose, CA 95134

(408) 954-8085
Email: cmou@hotmail.com

Pro Se

Filed
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH<br><br>Defendants. | CASE NO.: C07 05740<br><br>REQUEST FOR COUNSEL |

1. I, the plaintiff in the above-entitled civil right discrimination action, request that the Court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    a. My claim is meritorious (that is, I have a good cause);

    b. I have made a reasonably diligent effort to obtain counsel;

1

     c. I am unable to find an attorney willing to represent me on terms that I can afford.

2. I have contacted the following attorneys and requested that they represent me in this matter:
   a. Mr. Mark Matel; 650-470-2650
   b. John Chester; 408-280-0930
   c. Elena Rivkin; 408-568-6950

3. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:
   a. I am currently not employed. I am a student;
   b. I am divorced;
   c. I am not on any social well-fare program;
   d. I only have few hundreds of dollars in my bank account for the purchase of textbooks.

I declare under penalty of perjury that the above is true and correct.

Dated: May 25, 2008

_____
Chin-Li Mou
Plaintiff in pro se