# FEDERAL PRO BONO PROJECT

### Referral Form For Litigants

TO: Irene G. Cortez, Coordinator
Federal Pro Bono Project
Santa Clara County Bar Association
4 North Second Street, Suite 400
San Jose, CA 95113

FROM: Judge _Jeremy Fogel_
Federal District Court Northern District of California

DATE: _5/30/08_

RE: REFERRAL OF INDIGENT PLAINTIFF: (Please check one)
✓ TITLE VII
___ INCARCERATED PRISONER
___ SOCIAL SECURITY ENTLEMENT

Please be advised that the following client is being referred to the Santa Clara County Bar Association for appointment of a volunteer through the Federal Pro Bono Project. The client has been given a copy of the instruction sheet for litigants. A copy of the court file is enclosed, or will be forwarded as soon as it is available.

NAME: _Chin-Li Mou_

ADDRESS: _4141 Boneso Circle_
_San Jose, CA 95134_

TELEPHONE NUMBER: _(408) 954-8085_

MESSAGE TELEPHONE NUMBER: _—_

CASE TITLE: _Chin-Li Mou v. City of San Jose_

CASE NUMBER: _CV-07-5740-JF_

STATUS OF CASE: _Set for case management conference on 8/29/08_