**Filed**

Dear Honorable Judge Fogel:                                June 18, 2008

JUN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I'm sorry to bother you. I have tried to do a stipulation with Mr. Burchfiel, but it was not successful. I am writing to you in regard to my civil case against City of San Jose, case number C07 05740. I'm writing to ask your help 1.) please please switch ENE to mediation process. 2.) please delay my case until I get an attorney from pro Bono project. 3). Please delays pre-disclosure according to Federal rule 26. Here are my reasons.

The defendants' counsel Mr. Robert Burchfiel had asked me to participate in an ENE process. Even though I don't much about ENE, I agreed to do so to show my willingness to co-operate in this legal process. I don't know Mr. Burchfiel very well, in my opinion, he uses ENE process to help himself to abuse me. When I spoke to Mr. Herman, Director, ADR Program, we believe that mediation will be benefit. However, Mr. Burchfiel insists to use ENE. Honorable judge did grant ENE with modified mediation, but the evaluator uses the process ENE process.
We did have a conference phone call starting at 10:00AM, June 16, 2008. During the phone conversation, I feel like I am being mistreated in some ways. In my humble opinion, the evaluator did not conduct the evaluation in a fair way, and that I feel I am being abused in this neutral evaluation. According ADR rule 5, both side have to write, but in my case, I'm the one has to write. I have to write a chronological order about what happened to me in the library; it is a burden and duplicate work because they are stated in my complaint. I also have to collect all the evidence within a short time (including but not limited to documents, witness, and statements from witnesses). This is one of examples showing me try very hard to mediate rather than litigate this case. I have tried ENE with modified mediation, but it doesn't work. May I voice up my need alone with Mr. Herman's suggestion- mediation? This is another example showing me try very hard to mediate rather than litigate this case.

Second, one of the very kind and helpful staff attorneys at ADR suggested me to wrote a motion to propose order to delay the process and at the same time try to get stipulation from Mr. Burchfiel. I left him a voice message on Monday morning (June 16), and I also ask his security to remind him on this. I waited for three days, and he failed to call me back. . In addition, since I am in the process of obtaining a counsel from the Federal Pro Bono Project, in my opinion, it'll serve the best interest of justice to this case, if we can delay any further legal process until the end of counsel-requesting process.

Third, on or about the first or second week of May, while I was very busy with my final exams, final projects, Mr. Burchfiel mentioned that I have to finish my pre-disclosure according rule 26. I e-mailed and asked which rule 26, and he never answered my question. I was so willing to work with him, so I made a common to him that I'm willing to disclose only if the law requires me. He said yes I have to, and yes, I passed the deadline already. He was very push to get a new deadline from me, so I gave him a deadline. Then, I got a letter from him said I agree to rule 26. After my busy finals, I took the effort to find out rule 26. Federal rule 26 doesn't say pre-disclosure is required. As my answer to Mr. Burchfiel, I'm willing to disclose only if the laws require me. But he twisted in the letter.

I'm a pro per, and I am trying my best to work with Mr. Burchfiel. Again, I don't know him well, from my experience working with him, he tricked me many times. It is really beyond my

ability to work with him. It has been a very stressful and depressed experience, and I'm afraid my blood pressure and depression problems will get worse. I sincerely ask your help.
English is my second language; if I didn't make myself clear, I appology.
Here is my contact information in case you have any question.
Phone#  408)644-1121 (cell) e-mail :  cmou@hotmail.cm
Address : 4141 boneso circle, san jose CA 95134


Best Regards,



Chin-Li (karen) Mou

*[signature]*

Cc: Mr. Robert Burchfiel

June 18, 2008

Dear Honorable **Judge Fogel**:

I am writing to you in regard to my civil case against City of San Jose case number is: **C07 05740**

I would like to extend my sincere and great appreciation to Ms. Diana Munz for her very kind help. Without her thoughtful assistance, I don't know how many more nights that I'd have to suffer from sleeplessness. I'm very sure there are many other pro per feel the same way about her.

Sincerely Yours,

Chin-Li (Karen) Mou
408-954-8085
cmou@hotmail.com