# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Mou,<br><br>    Plaintiff(s),<br><br>    v.<br><br>City of San Jose,<br><br>    Defendant(s). | 07-05740 JF ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The appointment of Carol Webster Millie to serve as the Evaluator in this matter is vacated.

Dated: July 8, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Evaluator**
07-05740 JF MED