\*\*E-Filed 7/8/08\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>           Defendants. | Case Number C 07-5740 JF (RS)<br><br>ORDER VACATING REFERRAL TO ADR PROGRAM FOR EARLY NEUTRAL EVALUATION |

    The Court HEREBY VACATES the order of March 25, 2008, which referred this case to the ADR Program for Early Neutral Evaluation.

    The case remains set for a Case Management Conference on August 29, 2008, at 10:30 a.m.

    IT IS SO ORDERED.

DATED: 7/8/08

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-5740 JF (RS)
ORDER VACATING REFERRAL TO ADR PROGRAM
(JFLC2)

| | |
|---|---|
| 1 | Copies of Order served on: |
| 2 | |
| 3 | Robert Baker Burchfiel CAO.Main@sanjoseca.gov |
| 4 | Carol Webster Millie |
| 5 | Corporate Advisory Law Group |
| 6 | 40 Main St.<br>Los Altos, CA 94022 |
| 7 | Chin-Li Mou |
| 8 | 4141 Boneso Circle |
| 9 | San Jose, CA 95134 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

Case No. C 07-5740 JF (RS)
ORDER VACATING REFERRAL TO ADR PROGRAM
(JFLC2)