RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA, SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH,<br><br>　　　　　Defendants. | Case Number: C07-05740 JF<br><br>**NOTICE OF HEARING**<br><br>Date:　　　September 24, 2008<br>Time:　　　9:30 a.m.<br>Courtroom:　4<br>Judge:　　　Magistrate Seeborg |

Pursuant to the instructions of Judge Jeremy Fogel on August 29, 2008, at the Case Management Conference Hearing held at 10:30 a.m., this matter was referred directly to Magistrate Seeborg for a Discovery Hearing pursuant to provisions of Federal Rules of Civil Procedure Rule 26(f). The hearing is meant to establish guidelines and timetable for factual discovery in the above matter.

Respectfully submitted,

Dated: August 29, 2008

RICHARD DOYLE, City Attorney

By: /s/ Robert Burchfiel
ROBERT BURCHFIEL
Sr. Deputy City Attorney

Attorneys for Defendant,
CITY OF SAN JOSE

502525

## PROOF OF SERVICE

CASE NAME:   Mou v. CSJ, et al.

CASE NO.:    C07-05740 RS

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On August 29, 2008, I caused to be served the within:

## NOTICE OF HEARING

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Ms. Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134
Phone Number: (408) 954-8085
E-Mail: cmou@hotmail.com

*In Propria Persona*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 29, 2008, at San Jose, California.

Cecilia McDaniel

502525