UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, August 29, 2008
**Case Number:** CV-07-5740-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**        **CHIN-LI MOU  V. CITY OF SAN JOSE**

**PLAINTIFF**                                                        **DEFENDANT**

**Attorneys Present: Chin-Li Mou, pro se**        **Attorneys Present: Robert Burchfiel**

PROCEEDINGS:

Further case management conference held. Parties are present. Continued to 10/10/08 at 10:30 a.m. for further case management conference. The Court refers the case to Magistrate Judge Seeborg for a discovery conference, to occur within three weeks.