RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH,<br><br>        Defendants. | Case Number: C07-05740 JF<br><br>**DEFENDANT CITY OF SAN JOSE'S DISCOVERY PLAN**<br><br>Date:       September 24, 2008<br>Time:      9:30 a.m.<br>Courtroom: 4, 5th Floor<br>Judge:     Magistrate Seeborg |

Defendant City of San Jose recommends the following discovery plan for this matter:

(1) Written Interrogatories: 25

(2) Production of Documents: 10

(3) Depositions: 10

Any party may seek leave of Court to conduct discovery beyond these limits.

Defendant City of San Jose recommends that fact discovery be completed by January 30, 2009.

/ / / / /

/ / / / /

1

DEFENDANT CITY OF SAN JOSE'S DISCOVERY PLAN      Case Number: C07-05740 JF

505412

| | |
|---|---|
| 1 | Judge Jeremy Fogel has continued the Case Management Conference hearing to |
| 2 | October 10, 2008 at 10:30 a.m. |
| 3 | |
| 4 | Respectfully submitted, |
| 5 | Dated: September 15, 2008     RICHARD DOYLE, City Attorney |

By: *(signature)*
ROBERT BURCHFIEL
Sr. Deputy City Attorney

Attorneys for Defendant,
CITY OF SAN JOSE

# PROOF OF SERVICE

CASE NAME: Mou v. CSJ, et al.

CASE NO.: C07-05740 RS

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On September 16, 2008 I caused to be served the within:

**DEFENDANT CITY OF SAN JOSE'S DISCOVERY PLAN**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Ms. Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134
Phone Number: (408) 954-8085
E-Mail: cmou@hotmail.com

*In Propria Persona*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 16, 2008 at San Jose, California.

_____
Cecilia McDaniel

505412