UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __1 min__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__     DATE: __9/24/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
    CASE #: __C 07-05741JF__

CASE TITLE: __CHIN-LI MOU__ VS. __CITY OF SAN JOSE, ET AL__

**Appearances for Plaintiff(s)**     **Appearances for Defendant(s)**

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.    { } PRETRIAL CONF.     { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED    [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to     @     For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: __NO APPEARANCES MADE BY EITHER SIDE. MATTER IS OFF CALENDAR.__