RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH,<br><br>    Defendants. | Case Number: C07-05740 JF<br><br>**PROPOSED JOINT DISCOVERY PLAN** |

1. Pursuant to Fed. R. Civ. P. 26(f), the parties to the above-entitled action, Plaintiff Chin-Li Mou, in pro se, and Shannon Smyth-Mendoza, Deputy City Attorney on behalf of Defendants, met and conferred on September 24, 2008 at approximately 10:00 a.m. to develop a proposed joint discovery plan.

2. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    A. Maximum of 25 interrogatories by each party to any other party. Responses due per FRCP.

    B. Depositions to be taken as indicated by FRCP Rule 30. Plaintiff's Deposition is scheduled for October 10, 2008 and shall be with a Mandarin language interpreter.

C. Production of Documents: Unlimited relevant production request by each party to any other party. Responses due per FRCP.

D. The parties agree to service of discovery requests on Plaintiff by e-mail and U.S. Mail.

Defendant City of San Jose recommends that fact discovery be completed by January 30, 2009. Plaintiff Mou recommends that fact discovery be completed by July 31, 2009.

Plaintiff Mou requests that no more than two (2) discovery requests be served on her and due at any given point. Defendant City of San Jose objects to this request.

Any party may seek leave of Court to conduct discovery beyond these limits.

The parties request a conference with the Court before entry of the scheduling order.

Judge Jeremy Fogel has continued the Case Management Conference hearing to October 10, 2008 at 10:30 a.m.

Dated: October 9, 2008

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: _____
ROBERT BURCHFIEL
Sr. Deputy City Attorney

Attorneys for Defendant,
CITY OF SAN JOSE

Dated: October 9, 2008

_____
CHIN-LI MOU
Plaintiff, In Pro Se

# PROOF OF SERVICE

CASE NAME: *Mou v. CSJ, et al.*

CASE NO.: C07-05740 RS

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On October 9, 2008 I caused to be served the within:

**PROPOSED JOINT DISCOVERY PLAN**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ by E-MAIL.

Addressed as follows:

Ms. Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134
Phone Number: (408) 954-8085
E-Mail: cmou@hotmail.com

*In Propria Persona*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 9, 2008 at San Jose, California.

Cecilia McDaniel

507435