## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

### CIVIL MINUTES

**Court Proceedings:** Further Case Management Conference, October 10, 2008
**Case Number:** CV-07-5740-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**  **CHIN-LI MOU  V. CITY OF SAN JOSE**

**PLAINTIFF**                                                                 **DEFENDANT**

**Attorneys Present:  Chin-Li Mou, pro se**         **Attorneys Present: Robert Burchfiel**

---

PROCEEDINGS:
        Further case management conference  held.  Parties are present.  The Court sets 4/24/09 as the last day for hearing dispositive motions, 2/27/09 as the discovery cut-off date, limits interrogatory requests to 25 and directs plaintiff to respond to the interrogatories within 60 days.