THOMAS R. HOGAN, SBN 042048
HOGAN HOLMES & USOZ LLP
333 West Santa Clara St., Suite 800
San Jose, California 95113
Telephone: 408-292-7600
Facsimile: 408-292-7611

Attorneys for Plaintiff
CHIN-LI MOU

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH,<br><br>    Defendants. | Case No. C07-05740 RS<br><br>NOTICE OF APPEARANCE OF PRO BONO COUNSEL |

    PLEASE TAKE NOTICE THAT the Hogan Holmes & Usoz LLP, 333 West Santa Clara Street, Suite 800, San Jose, California 95113, (408) 292-7600, has been appointed as *pro bono* counsel on behalf of plaintiff, Chin-Li Mou, in the above-referenced matter.

Dated: November 24, 2008

                                             HOGAN HOLMES & USOZ LLP

                                             */s/ Thomas R. Hogan*
                                           THOMAS R. HOGAN

                                           Attorneys for Plaintiff
                                           CHIN-LI MOU

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | United States District Court, County of Santa Clara, San Jose Division |
|   | *Mou v. City of San Jose, et al.* |
| 3 | Case No.: C07-05740 JF |

I, **Teresa Do**, declare that I am a citizen of the United States. My business address is 333 W. Santa Clara Street, Suite 800, San Jose, CA 95113. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for delivery by way of the service indicated below:

(X) By consigning such copy in a sealed envelope, First Class postage fully prepaid, in the United States Postal Service for collection and mailing

( ) By consigning such copy in a sealed envelope to an overnight courier for next business day delivery

( ) By consigning such copy in a sealed envelope to a messenger for guaranteed hand-delivery

( ) By consigning such copy to a facsimile operator for transmittal

( ) By consigning such copy to an electronic mail account for transmittal

On November 24, 2008, in accordance with ordinary business practices at Hogan Holmes & Usoz LLP, I caused to be served:

**NOTICE OF APPEARANCE OF PRO BONO COUNSEL**

in the manner identified above on the person(s) listed below:

Richard Doyle, Esq.
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113-1905
Tel: (408) 535-1900
Fax: (408) 998-3131
E-mail: cao.main@sanjoseca.gov

I, **Teresa Do**, declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on November 24, 2008, at San Jose, California.

Teresa Do