UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br>　　　　　Plaintiff,<br>V.<br>CITY OF SAN JOSE,<br>　　　　　Defendant. | Case Number CV-07-5740-JF<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on June 12, 2009 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

May 7, 2009　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk