## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, June 12, 2009          Time: 3 mins
**Case Number:** CV-07-5740-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**          **CHIN-LI MOU  V. CITY OF SAN JOSE**

**PLAINTIFF**                                    **DEFENDANT**

Attorneys Present:  Thomas Hogan          Attorneys Present: Robert Burchfiel

PROCEEDINGS:

Further case management conference held.  Parties are present.  The Court sets 8/28/09 as the last day for hearing dispositive motions.  The Court sets the case for jury trial on 10/23/09 at 1:30 p.m. and pretrial conference on 10/16/09 at 11:00 a.m.  The case is referred to Magistrate Judge Seeborg for settlement conference.