RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br>Plaintiff,<br>v.<br>CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH,<br>Defendants. | Case Number: C07-05740 JF<br>**DECLARATION OF NED HIMMEL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>Date: August 28, 2009<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Jeremy Fogel |

I, Ned Himmel, declare the following:

1. I am currently and in January 2007, the Assistant Library Director for the San Jose Public Library which is a department within the City of San Jose.

2. As part of my job responsibilities, I conducted an Appeals Hearing on January 4, 2007 concerning the library suspension of Karen Mou dated November 1, 2006.

3. On January 4, 2007, Ms. Mou and her attorney Jeffrey Kallis participated in a hearing in which we discussed the allegations of Ms. Mou's behavior as documented within the Notice of Library Suspension.

Dockets.Justia.com

4. After review of the facts pertaining to Ms. Mou and discussions with library staff, I reduced the suspension for Ms. Mou to four (4) months under specific conditions that are outlined in Exhibit A to this Declaration.

5. Attached as Exhibit A to my Declaration is a true and correct copy of the correspondence dated January 18, 2007 to Karen Mou in care of her attorney Jeffrey Kallis outlining the conditions in which Ms. Mou's suspension was reduced to four (4) months.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 29, 2009, at San Jose, California.

NED HIMMEL

# EXHIBIT A



San José Public Library

1-18-07

Karen Mou
C/o M. Jeffery Kallis, Attorney at Law
333 W. San Carlos, Suite 800
San Jose, CA 95112

Re: Suspension from San Jose Public Libraries 11/1/06-5/1/07

Ms. Mou,

Based on the Notice of Library Suspension, discussion with library staff, and the appeal hearing held on January 4, 2007, I am reducing the period of suspension to four months. You may return to library facilities as of March 1, 2007 under the following conditions:

- Rather than confronting other library customers yourself about their behavior, you will bring up your concern with staff;
- Ranking staff person makes the decision on what the appropriate action will be in addressing your concerns, including asking you or other customers to leave the facility;
- The Educational Park Branch will be fairly noisy from 2-5 PM on weekdays although library staff sets the standard of acceptable behavior and maintains order;
- Cubicles near the designated homework center may be more quiet than other areas in the branch and you should consider sitting there and wearing headphones to further block sounds
- The newer branch libraries, such as Berryessa and Dr. Roberto Cruz-Alum Rock, have Quiet Rooms, where strict noise standards are maintained and I recommend you consider going to one of those branches for a quieter environment;
- Should you incur another suspension, it will be for six months

Sincerely,

Ned Himmel
Assistant Library Director
San José Public Library

Cc: A. Decker
✓D. Porter
B. Burchfiel
C. Frost
M. Somerville