**E-Filed 8/26/09**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | Case Number C 07-5740 JF (RS) |
| Plaintiff, | CLERK'S NOTICE |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

To all Parties and Attorneys of Record:

The Motion for Summary Judgment set for August 28, 2009 is CONTINUED to September 11, 2009 at 9:00 a.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED:  8/26/09

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk

1   This Clerk's Notice has been served on the following persons:

3   Robert Baker Burchfiel     CAO.Main@sanjoseca.gov

4   Thomas R. Hogan     trh@hoganlaw.com, lholmes@hoganlaw.com, mvb@hoganlaw.com