1

2                                                        **E-Filed 8/31/09**

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12   CHIN-LI MOU,                          Case Number C 07-5740 JF (RS)

13                   Plaintiff,
                                           CLERK'S NOTICE
14           v.

15   CITY OF SAN JOSE, et al.,

16                   Defendants.

17

18

19        To all Parties and Attorneys of Record:

20        The Motion For Summary Judgment set for September 11, 2009 is CONTINUED to

21   September 25, 2009 at 9:00 a.m.  Please report at that time to Courtroom 3 on the 5th Floor of

22   the U.S. District Court, 280 South First Street, San Jose, California.

23

24   DATED:   8/31/09                      For the Court
                                           Richard W.  Weiking, Clerk
25
                                           By:  _____/s/_____
26                                         Diana Munz
                                           Courtroom Deputy Clerk
27

28

1    This Clerk's Notice has been served on the following persons:

2

3    Robert Baker Burchfiel     CAO.Main@sanjoseca.gov

4

5    Thomas R. Hogan     trh@hoganlaw.com, lholmes@hoganlaw.com, mvb@hoganlaw.com