**United States District Court**
For the Northern District of California

**\*E-FILED\***
**September 1, 2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | Case No. 5:07-CV-5740-JF (RS) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CITY OF SAN JOSE and SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Settlement Conference originally scheduled for September 24, 2009, has been rescheduled for **October 16, 2009, at 9:30 a.m.** in Courtroom 4, 5th Floor, United States Courthouse, 280 South First Street, San Jose, California.

Dated: September 1, 2009

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
Courtroom Deputy Clerk