UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br>  Plaintiff,<br>V.<br>CITY OF SAN JOSE,<br>  Defendant. | Case Number CV-07-5740-JF<br><br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Pretrial Conference set on October 16, 2009 is reset on October 9, 2009 at 11:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

| | |
|---|---|
| September 17, 2009 | For the Court<br>Richard W. Wieking, Clerk<br><br>By: /s/<br>Diana Munz<br>Courtroom Deputy Clerk |