# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, September 25, 2009        Time: 3 mins
**Case Number:** CV-07-5740-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**            **CHIN-LI MOU  V. CITY OF SAN JOSE**

                  **PLAINTIFF**                                      **DEFENDANT**

    **Attorneys Present:** Thomas Hogan                **Attorneys Present:** Robert Burchfiel

---

PROCEEDINGS:

    Hearing on Motion for Summary Judgment held.  Parties are present.  The motion is taken under submission.