1

2                                         **E-Filed 9/29/09**

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12    CHIN-LI MOU,                          Case Number C 07-5740 JF (RS)

13                    Plaintiff,            JUDGMENT

14            v.

15    CITY OF SAN JOSE, et al.,

16                    Defendants.

17

18

19        Defendants' motion for summary judgment was heard on September 25, 2009.  The

20   evidence and arguments having been considered and a decision having been rendered,

21        IT IS ORDERED AND ADJUDGED that judgment be entered for Defendants and

22   against Plaintiff.

23

24   DATED: 9/29/09

25

26                                          _____

27                                          JEREMY FOGEL
                                            United States District Judge

28

Case No. C 07-5740 JF (RS)
JUDGMENT
(JFLC3)

1

2   Copies of Order served on:

3

4   Robert Baker Burchfiel      CAO.Main@sanjoseca.gov

5
    Thomas R. Hogan      trh@hoganlaw.com, lholmes@hoganlaw.com, mvb@hoganlaw.com
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2