

January 14, 2010

FEB 18 2010

RICH...   ...G
CLERK, U.S. D... T COURT
NORTHERN D... OF CALIFORNIA
SAN JOSE

Dear Honorable Judge Jeremy Fogel:

    I am writing to you in regard to my civil case against City of San Jose, and the case number is: C07 05740

    This case was dismissed on the basis of 11th Amendment; however, the city attorney has imposed tax against me with this matter.

    My understanding is that since this case is not dismissed on the ground of trivia, but 11th Amendment, city attorney has no basis to impose tax against me.

    Could the Court kindly provide me the guidance on the legal statute as to procedures that I shall take?

Sincerely Yours,

Chin-Li (Karen) Mou
cmou@hotmail.com


cc: Robert Burchfiel
Office of the City Attorney


Case NO: C07 05740

Page 1 of 1