# EXHIBIT B

| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| | FINNEGAN, HENDERSON, FARABOW, |
| 2 | GARRETT & DUNNER, L.L.P. |
| | Stanford Research Park |
| 3 | 3300 Hillview Avenue |
| | Palo Alto, California 94304 |
| 4 | Telephone:   (650) 849-6600 |
| | Facsimile:   (650) 849-6666 |
| 5 | |
| 6 | Attorneys for Defendant |
| | Winston Williams |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.

        Plaintiff,

        v.

CONNECTU LLC (now known as CONNECTU, INC.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25,

        Defendants.

CASE NO. C 07-01389 RS

**DECLARATION OF WINSTON WILLIAMS IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)**

Date:     May 2, 2007
Time:     9:30 a.m.
Courtroom:  4
Judge:    Hon. Richard Seeborg

I, WINSTON WILLIAMS, declare

1. I am a resident and citizen of the state of Washington;

2. My domicile is Seattle, Washington;

3. I received a copy of the summons and the Amended Complaint in Washington;

4. I do not maintain a registered agent for service in California;

5. I do not own, lease, possess or maintain any real or personal property in California, and have not owned, leased, possessed or maintained any real or personal property in California;

6. I do not own, lease or maintain an office, residence or place of business in California, and I have not owned, leased or maintained an office, residence or place of business in California;

7. I have never had an authorized agent or representative in California;

8. I do not and have not paid taxes of any kind in the state of California;

9. I do not maintain any bank or savings and loan accounts in California and have not maintained any bank or savings and loan accounts in California;

10. I have never performed any service or sold any goods in California;

11. I have not and do not derive substantial revenue from goods used or consumed in California or services rendered in California;

12. I do not engage in a business and have not engaged in business in the state of California;

13. I have never recruited employees in California;

14. I have never signed any contracts in California;

15. I do not presently nor have I ever maintained a telephone listing in California;

///

Doc. No 450149

1

DECLARATION OF WINSTON WILLIAMS
CASE NO. C 07-01389 RS

3

1  16. Any activity that concerned email addresses available on thefacebook.com
2  website in which I was involved was done pursuant to my employment with Pacific
3  Northwest Software, Inc.
4
5  I declare under penalty of perjury under the laws of the United States that the
6  foregoing is true and correct and that this declaration was executed on the 21st day of
7  March, 2007 at Seattle, Washington.
8
9                              /s/
10                         Winston Williams

Doc. No. 450149                    2               DECLARATION OF WINSTON WILLIAMS
                                                   CASE NO. C 07-01389 RS