# EXHIBIT E

Case5:07-cv-05740-JF   Document56-5   Filed09/29/09   Page1 of 3

1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Plaintiff
   Facebook, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 FACEBOOK, INC.,                  |  Case No.  5:07-CV-01389-RS

13              Plaintiff,          |  MANUAL FILING NOTIFICATION

14     v.                           |  EXHIBITS E, H, AND I TO
                                       DECLARATION OF THERESA A.
15 CONNECTU LLC, PACIFIC NORTHWEST  |  SUTTON IN SUPPORT OF
   SOFTWARE and WINSTON WILLIAMS,      FACEBOOK INC.'S REPLY
16                                  |  MEMORANDUM IN SUPPORT OF
              Defendants.              MOTION FOR EXPEDITED
17                                  |  DISCOVERY RE: PERSONAL
                                       JURISDICTION
18

19

20                                     Date:  May 16, 2007
                                       Time:  9:30 a.m.
21                                     Judge: Honorable Richard Seeborg

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION

1. **EXHIBITS E, H, AND I TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This document was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Items Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: May 2, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                        /s/
                                      _____
                                                  Theresa A. Sutton
                                                Attorneys for Plaintiff
                                                    Facebook, Inc.

OHS West:260225860.1         - 2 -         MANUAL FILING NOTIFICATION
                                           CASE NO. 5:07-CV-01389-RS