**EXHIBIT F**

G. HOPKINS GUY, III (STATE BAR NO. 124811)
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
MONTE COOPER (STATE BAR NO. 196746)
ROBERT D. NAGEL (STATE BAR NO. 211113)
JOSHUA H. WALKER (STATE BAR NO. 224940)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  650-614-7400
Facsimile:  650-614-7401

Attorneys for Plaintiff
THEFACEBOOK, INC.

FILED
2005 NOV -3 AM 9:06
KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
A. GALVAN

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF SANTA CLARA

| | |
|---|---|
| THEFACEBOOK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25,<br><br>    Defendants. | CASE NO. 1:05-CV-047381<br><br>[PROPOSED] ORDER GRANTING FACEBOOK'S *EX PARTE* APPLICATION TO RESCHEDULE THE NOVEMBER 17, 2005 HEARING IN REGARDS TO DEFENDANTS' MOTION TO QUASH<br><br>Date:  November 3, 2005<br>Time:  8:30 a.m.<br>Dept.:  2<br><br>The Honorable William J. Elfving<br><br>Complaint Filed:  August 17, 2005<br>Motions to Quash Filed:  October 25, 2005<br>Trial Date:  N/A |

PROPOSED ORDER

GOOD CAUSE HAVING BEEN SHOWN THEREFOR, it is ordered that the November 17, 2005 hearing, to the extent it pertains to the Defendants' motion to quash, will be rescheduled for a later date so that Plaintiff TheFacebook, Inc. may obtain discovery related to jurisdiction.

*The Demurrer on 11/17/05 is Continued to the Same new date*

DATE OF HEARING __1-17-06__ at __9:00__ AM in Department __2__

DATED: November 3, 2005

_____
Judge

Submitted by: _____

Attorneys for: TheFacebook, Inc.

DOCSSV1:433458.1

-2-
PROPOSED ORDER