# EXHIBIT L

**Redacted**

```
----- Original Message -----
From: Mosko, Scott <scott.mosko@finnegan.com>
To: Sutton, Theresa A.
Sent: Wed Feb 21 16:16:41 2007
Subject: RE: PNS production
```

Theresa,

As my earlier email indicated, we are trying to determine if there are additional responsive files in the possession of PNS.  Once we know, I will get you dates.

Thanks


Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP 3300 Hillview Avenue Palo Alto, California   94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com <mailto:scott.mosko@finnegan.com>

---

> From: Sutton, Theresa A. [mailto:tsutton@orrick.com]
> Sent: Friday, February 16, 2007 11:10 AM
> To: Mosko, Scott
> Cc: Cooper, Monte; Greer, Yvonne; Dalton, Amy; Menon, Deepa; Thornton, Laurie
> Subject: RE: PNS production
>
>
> Scott-
>
> We received the production this morning.
>
>     I will not physically be at the hearing on Tuesday, so please just send me some dates for when PNS will be available for deposition.
>
>     If you think there is something we need to talk about, feel free to call me or send

1

me an email. Otherwise, you agreed to make PNS available for deposition and to have the witness prepared to speak on the topics set out in the Notice. And, I'd like to move forward on setting that up.

Theresa

---

O
ORRICK

Theresa Sutton
Orrick, Herrington & Sutcliffe LLP
Silicon Valley Office
1000 Marsh Road, Menlo Park, CA 94025
650.614.7307 (Voice)
650.614.7401 (Fax)
tsutton@orrick.com
www.orrick.com

---

From: Mosko, Scott [mailto:scott.mosko@finnegan.com]
Sent: Friday, February 16, 2007 9:32 AM
To: Sutton, Theresa A.
Subject: RE: PNS production

Theresa,

I believe the cover letter was addressed to Monte. And when you get a chance, give me a call about PNS. Or, we can talk at the hearing on Tuesday

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California  94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com <mailto:scott.mosko@finnegan.com>

---

From: Sutton, Theresa A. [mailto:tsutton@orrick.com]
Sent: Friday, February 16, 2007 8:29 AM
To: Mosko, Scott
Cc: Cooper, Monte; Dalton, Amy; Greer, Yvonne; Menon, Deepa
Subject: RE: PNS production

Scott-

We have not received these documents. How did you send them and to whom?

Also, please send me dates on which PNS is available to continue its deposition.

Theresa

---

2

```
     O
O R R I C K
```

Theresa Sutton
Orrick, Herrington & Sutcliffe LLP
Silicon Valley Office
1000 Marsh Road, Menlo Park, CA 94025
650.614.7307 (Voice)
650.614.7401 (Fax)
tsutton@orrick.com
www.orrick.com

---

From: Mosko, Scott [mailto:scott.mosko@finnegan.com]
Sent: Wednesday, February 14, 2007 3:10 PM
To: Sutton, Theresa A.
Subject: PNS production

Theresa,

We are serving additional PNS documents today.  If you have questions, please let me know.

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California   94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com <mailto:scott.mosko@finnegan.com>

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.


================================================================

IRS Circular 230 disclosure:
   To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

================================================================

   NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
   For more information about Orrick, please visit http://www.orrick.com/

3

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.