**E-Filed 4/26/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendants. | Case Number C 07-5740 JF (RS)<br><br>ORDER[1] REQUESTING RESPONSE TO PLAINTIFF'S COMMUNICATION TO THE COURT |

On September 29, 2009, the Court granted Defendants' motion for summary judgment. On October 22, 2009, the Clerk of the Court taxed costs in the amount of $1,029.90. On April 13, 2010, the Court overruled Plaintiff's objections to the bill of costs. On April 19, 2010, Plaintiff, proceeding *pro se* as she has since summary judgment was granted, sent the Court a copy of her 2009 federal income tax return to support her argument that she is unable to pay the costs incurred in this matter. In light of Plaintiffs' *pro se* status, the Court will treat this communication as a motion for reconsideration. The tax return appears to show that Plaintiff's

//

//

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-5740 JF (RS)
ORDER REQUESTING RESPONSE TO PLAINTIFF'S COMMUNICATION TO THE COURT
(JFLC3)

1 income is insufficient to permit her to pay costs.  If Defendants disagree, they may respond not
2 later than Friday, May 7, 2010.
3
4       IT IS SO ORDERED.
5
6 DATED: 4/26/10
7                               JEREMY FOGEL
                              United States District Judge

Case No. C 07-5740 JF (RS)
ORDER REQUESTING RESPONSE TO PLAINTIFF'S COMMUNICATION TO THE COURT
(JFLC3)

1  This Order has been served upon the following person:

2

3  Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-5740 JF (RS)
ORDER REQUESTING RESPONSE TO PLAINTIFF'S COMMUNICATION TO THE COURT
(JFLC3)