**E-Filed 6/8/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　　Defendants. | Case Number C 07-5740 JF (RS)<br><br>**ORDER[1] REQUESTING DEBTOR'S EXAMINATION** |

On September 29, 2009, the Court granted Defendants' motion for summary judgment. On October 22, 2009, the Clerk of the Court taxed costs in the amount of $1,029.90. On April 13, 2010, the Court overruled Plaintiff's objections to the bill of costs.

On April 19, 2010, Plaintiff, proceeding *pro se* as she has since summary judgment was granted, sent the Court a copy of her 2009 federal income tax return to support her argument that she is unable to pay the $1,029.90 in costs incurred in this matter. In an order dated April 26, 2010, the Court indicated that in light of Plaintiffs' *pro se* status, the Court would treat Plaintiff's April 19 communication as a motion for reconsideration and requested response from Defendants. Defendants contend that they have not had an opportunity to review Plaintiff's

---

[1] This disposition is not designated for publication in the official reports.

1  income tax return and that public records indicate that Plaintiff is the owner of real property in
2  the County of Santa Clara valued at approximately $250,000, and they request a debtor's
3  examination of Plaintiff under oath.
4      Finding that the facts in the record are insufficient to allow it to decide the issue of
5  Plaintiff's ability to pay her costs, the Court will order Plaintiff to undergo a debtor's
6  examination.  The Court will defer its decision on Plaintiff's motion for reconsideration pending
7  the outcome of the examination.

9      IT IS SO ORDERED.

11 DATED: 6/8/10

                                            JEREMY FOGEL
                                            United States District Judge

2

Case No. C 07-5740 JF (RS)
ORDER REQUESTING DEBTOR'S EXAMINATION
(JFLC3)

1  This Order has been served upon the following person:

2

3  Ms. Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-5740 JF (RS)
ORDER REQUESTING DEBTOR'S EXAMINATION
(JFLC3)