**E-Filed 10/25/10**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | Case Number C 07-5740 JF (RS) |
| Plaintiff, | **ORDER[1] FOLLOWING DEBTOR'S EXAMINATION** |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

On September 29, 2009, the Court granted Defendants' motion for summary judgment. On October 22, 2009, the Clerk of the Court taxed costs in the amount of $1,029.90. On April 13, 2010, the Court overruled Plaintiff's objections to the bill of costs.

On April 19, 2010, Plaintiff, proceeding *pro se* as she has since summary judgment was granted, sent the Court a copy of her 2009 federal income tax return to support her argument that she is unable to pay costs. In an order dated April 26, 2010, the Court indicated that in light of Plaintiffs' *pro se* status, it would treat Plaintiff's April 19 communication as a motion for reconsideration, and it requested response from Defendants. On June 6, the Court ordered Plaintiff to appear for a Debtor's Examination, deferring its decision on Plaintiff's motion for

---

[1] This disposition is not designated for publication in the official reports.

1 | reconsideration pending the outcome of the examination.

2 |     The examination took place on September 1, 2010. On October 6, Defendants requested
3 | the court set a briefing schedule. Good cause therefore appearing,

4 |     On or before November 8, 2010, Defendants shall file and serve a brief not to exceed five
5 | (5) pages in length, as to Plaintiff's ability to pay costs.

6 |     On or before November 22, 2010, Plaintiff shall file and serve a reply brief, not to exceed
7 | five (5) pages in length.

8 |     The matter thereafter will be submitted without oral argument.

10 | IT IS SO ORDERED.

12 | DATED: 10/25/2010

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 07-5740 JF (RS)
ORDER FOLLOWING DEBTOR'S EXAMINATION
(JFLC3)

1
2  This Order has been served upon the following person:
3
4  Ms. Chin-Li Mou
   4141 Boneso Circle
   San Jose, CA 95134
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 07-5740 JF (RS)
ORDER FOLLOWING DEBTOR'S EXAMINATION
(JFLC3)