RECEIVED

NOV 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CHIN-LI MOU,

          Plaintiff,

      v.

CITY OF SAN JOSE, SAN JOSE PUBLIC
LIBRARY EDUCATION PARK BRANCH,

         Defendants.

Case Number: C07-05740 JF

[PROPOSED] ORDER RE:
PLAINTIFF'S EX PARTE REQUEST
FOR EXTENSION OF TIME TO FILE
BRIEF AND FOR PERMISSION FOR
PAGE EXTENSION

With good cause appearing therefore, the Court hereby modifies the Briefing

Schedule as follows:

1. On or before November 15, 2010, Defendants shall file and serve a brief not to exceed five

   (5) pages in length, as to Plaintiff's ability to pay costs; and

2. On or before December 06, 2010, Plaintiff shall file and serve a reply brief, not to exceed

   Six (6) pages in length.

The matter thereafter will be submitted without oral argument.

IT IS SO ORDERED.

Dated: November 12, 2010

HONORABLE JEREMY FOGEL
United States District Court Judge