1  G. HOPKINS GUY, III (State Bar No. 124811)
      hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
      mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
      tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
      ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15  FACEBOOK, INC., and MARK              CASE NO.  5:07-CV-01389-RS
    ZUCKERBERG,
16                                        **[PROPOSED] ORDER DENYING
              Plaintiffs,                 CONNECTU, INC.'S CIVIL L.R. 6-3
17                                        MOTION TO ENLARGE TIME**
         v.
18
    CONNECTU, INC. (formerly known as
19  CONNECTU, LLC), CAMERON
    WINKLEVOSS, TYLER WINKLEVOSS,
20  DIVYA NARENDRA, PACIFIC
    NORTHWEST SOFTWARE, INC.,
21  WINSTON WILLIAMS, WAYNE CHANG,
    and DAVID GUCWA AND DOES 1-25,
22
              Defendants.
23

24

25

26

27

28

1          The Court, having considered ConnectU, Inc.'s Civil L.R. 6-3 Motion to Enlarge

2   Time, the papers filed in support of said motion and the  papers filed in response by Plaintiffs,

3   hereby orders as follows:

4          IT IS HEREBY ORDERED that ConnectU's Civil L.R. 6-3 Motion to Enlarge

5   Time is **DENIED**.

6          **IT IS SO ORDERED**.

7

8   Dated: June __, 2007

9

10                                                      _____
                                                        The Honorable Richard Seeborg
11                                                      United States Magistrate Judge
                                                        Northern District of California
12

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 8, 2007.

Dated:  June 8, 2007.                               Respectfully submitted,

                                                    /s/ Theresa A. Sutton /s/
                                                    Theresa A. Sutton