**E-Filed 2/1/11**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | Case Number C 07-5740 JF (RS) |
| Plaintiff, | **ORDER[1] RE: ACCESS TO COURT'S LAW LIBRARY** |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

On September 29, 2009, the Court granted Defendants' motion for summary judgment and issued a final judgment in the above-entitled action. On January 18, 2011, after determining Plaintiff's motion for reconsideration, the Court issued an order awarding costs to Defendants. By a letter dated January 19, 2011, Plaintiff now requests authorization to access the Court's law library. The Clerk is hereby directed to enter the letter on the docket.

Local Rule 77-7 provides that while the Court's law library primarily is for the use of judges and personnel of the Court, "attorneys admitted to practice in this Court may use the library where circumstances require for actions or proceedings pending in the Court." This rule occasionally has been invoked to extend such access to pro se litigants with written authorization

---

[1] This disposition is not designated for publication in the official reports.

1  from a judge. Because Plaintiff does not indicate that she has any pending actions or
2  proceedings before the Court, her request for access to the Court's law library will be denied
3  without prejudice.
4  IT IS SO ORDERED.

6  DATED: 2/1/2010

                                          _____
                                          JEREMY FOGEL
                                          United States District Judge

2

1  This Order has been served upon the following person:

2

3  Ms. Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-5740 JF (RS)
ORDER RE: ACCESS TO COURT'S LAW LIBRARY
(JFLC3)