1  G. HOPKINS GUY, III (State Bar No. 124811)
     hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
     nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
     mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
     tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
     ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA 94025
   Telephone:   650-614-7400
8  Facsimile:   650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**<br><br>Judge:   Honorable Richard Seeborg |

Having considered Plaintiffs Facebook, Inc. and Mark Zuckerberg's Miscellaneous Administrative Request To File Plaintiffs' Opposition To Defendants' Motion To Dismiss and Related Exhibits Under Seal, the supporting Declaration of Michael W. Trinh, all other relevant pleadings and papers filed in this action, and good cause appearing therefore,

IT IS HEREBY ORDERED that

Plaintiffs' Opposition to Defendants Pacific Northwest Software and Winston Williams' Motion To Dismiss for Lack of Jurisdiction be filed under seal;

**Exhibits 1 and 2** of the Declaration of Monte M. F. Cooper in Support of Plaintiffs' Opposition to Defendants Pacific Northwest Software and Winston Williams' Motion To Dismiss for Lack of Jurisdiction be filed under seal.

**IT IS SO ORDERED.**

DATED: _____, 2007

The Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California