G. HOPKINS GUY, III (State Bar No. 124811)
  hopguy@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | Case No.  5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE CONNECTU LLC'S  AFFIRMATIVE DEFENSES** |

The Court, having considered Facebook Inc. and Mark Zuckerberg's Motion to Strike ConnectU LLC's Affirmative Defenses, the papers filed in support of said motion, the papers filed in response by Defendant ConnectU LLC, and any oral argument as may be presented in connection with the hearing on this matter, hereby orders as follows:

1. ConnectU LLC's Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth and Thirteenth affirmative defenses are insufficient as a matter of law and fail to provide Facebook Inc. fair notice as required by Federal Rule of Civil Procedure 8; and

2. Plaintiffs' Motion to Strike ConnectU LLC's Affirmative Defenses is GRANTED, with leave to amend.

**IT IS SO ORDERED**.

Dated: July __, 2007

_____
The Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California

1 **CERTIFICATE OF SERVICE**

2     I hereby certify that this document(s) filed through the ECF system will be sent
3 electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on July 10, 2007.

4 Dated: July 10, 2007.          Respectfully submitted,

5

6                            /s/
                     Theresa A. Sutton