# EXHIBIT A

Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
ConnectU LLC.

ENDORSED FILED
06 JUN 12 AM 8:00
KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA.
COUNTY OF SANTA CLARA
BY_____ DEPUTY
D. Kontorovsky

COPY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| THEFACEBOOK, INC.<br><br>               Plaintiff,<br><br>     v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25,<br><br>               Defendants. | CASE NO. 105 CV 047381<br><br>**ANSWER OF DEFENDANT CONNECTU LLC TO COMPLAINT** |

Comes now Defendant, CONNECTU LLC, hereinafter referred to as "this answering Defendant," and answering the unverified Complaint of THEFACEBOOK, INC. on file herein, admits, denies, and alleges as follows:

This answering Defendant denies each and every, all and singular, generally and specifically, the allegations in said Complaint and each cause of action therein.

Further answering said Complaint, and each cause of action therein, this answering Defendant denies that Plaintiff has sustained damage in any sum or sums, or otherwise, due to any act or omission on the part of this answering Defendant.

## AFFIRMATIVE DEFENSES

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

This Complaint, and each cause of action thereof, does not state facts sufficient to constitute a cause of action against this answering Defendant.

AS AND FOR A SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

Plaintiff was at fault in and about the matters referred to in the Complaint and such fault on the part of Plaintiff proximately caused and contributed to the damages complained of, if any there were; and this answering Defendant further alleges that any fault not attributable to said Plaintiff was a result of fault on the part of persons and/or entities other than this answering Defendant.

AS AND FOR A THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

Plaintiff has directed, ordered, approved, and ratified Defendant's conduct and Plaintiff is therefore estopped from asserting any claim based thereon.

AS AND FOR A FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

Plaintiff has failed and neglected to use reasonable care to minimize and mitigate the losses, injury and damage complained of, if any there were.

AS AND FOR A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

This Plaintiff is barred by virtue of Plaintiff's conduct in causing the damages alleged by Plaintiff under the doctrine of unclean hands.

AS AND FOR A SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

Plaintiff's Complaint, and each cause of action thereof, fails to state a cause of action as there is no privity between the parties.

AS AND FOR A SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

Plaintiff's damages, if any occurred, were caused and/or brought about by intervening and superseding causes, and were not caused by ConnectU..

AS AND FOR AN EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

The causes of action, and each of them, are barred by the doctrine of in pari delicto.

AS AND FOR A NINTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

The causes of action, and each of them, are barred by the doctrine of waiver.

AS AND FOR A TENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

Plaintiff has no standing to sue as it was not the owner of the property alleged to have been appropriated.

AS AND FOR AN ELEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

Plaintiff has no standing to sue as Plaintiff had no interest in the thefacebook.com at the time of the alleged wrongful acts.

///

AS AND FOR A TWELFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

Plaintiff is equitably estopped from asserting the claims set forth in its Complaint by reason of its own acts and omissions.

WHEREFORE, said answering Defendant prays for judgment against Plaintiff, for costs of suit incurred herein, for attorneys fees pursuant to Penal Code Section 502, and for such other and further relief as to the Court may seem just under the premises.

Dated: June 12, 2006

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

By: /s/ Scott R. Mosko
Scott R. Mosko
Attorneys for Defendant
ConnectU LLC