| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
| | hopguy@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**OF EXHIBITS J, U, BB, CC, DD AND EE TO THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK'S MOTION FOR SANCTIONS** |

# MANUAL FILING NOTIFICATION

Regarding:     EXHIBITS J, U, BB, CC, DD AND EE TO THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK'S MOTION FOR SANCTIONS.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential - Items Under Seal.**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: August 22, 2007                              ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                    _____/s/ I. Neel Chatterjee /s/_____
                                                              I. Neel Chatterjee
                                                              Attorney for Plaintiff
                                                    FACEBOOK, INC. and MARK ZUCKERBERG