| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
| | hopguy@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE REQUEST PURSUANT TO LOCAL CIVIL RULE 79-5(B) TO FILE UNDER SEAL EXHIBITS U, CC, DD AND EE TO THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SANCTIONS** |

The Matter before the Court is Facebook's Administrative Request Pursuant to Local Civil Rule 79(b) & (d) to File Under Seal Exhibits J, U, BB, CC, DD and EE to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for Sanctions. The Court has considered said Administrative Request, and finding good cause, hereby GRANTS Facebook's Administrative Request Pursuant to Local Civil Rule 79(b) & (d) to File Under Seal Exhibits J, U, BB, CC, DD and EE to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for Sanctions. It is

FURTHER ORDERED that pursuant to Local Civil Rule 79-5 and the Stipulated Protective Order entered in this matter, Exhibits U, CC, DD and EE to the Declaration of I. Neel Chatterjee filed in support of Facebook's Motion for Evidentiary and Related Sanctions, Including Sanctions Pursuant to 28. U.S.C. § 1927, Against Defendants ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra and Counsel shall be filed under seal, and not made a part of the public record.

SO ORDERED.

Dated: _____ \_\_\_, 2007

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California

[PROPOSED] ORDER GRANTING ADMIN REQUEST TO FILE EXHIBITS B, J, U, BB, CC, DD AND EE UNDER SEAL
CASE NO. 5:07-CV-01389-RS