# EXHIBIT 2

```
From aschneid@fas.harvard.edu Sun Feb 29 18:33:32 2004
Return-Path: <aschneid@fas.harvard.edu>
Received: from ls02.fas.harvard.edu (IDENT:root@ls02.fas.harvard.edu
 [140.247.34.106])
        by us19.unix.fas.harvard.edu (8.11.7p2/8.11.7) with ESMTP id
        i1TNXW524749
        for <mzuckerb@fas.harvard.edu>; Sun, 29 Feb 2004 18:33:32 -0500
Received: from ls02.fas.harvard.edu (IDENT:aschneid@localhost [127.0.0.1])
        by ls02.fas.harvard.edu (8.12.8/8.12.8) with ESMTP id i1TNXVh0002864
        for <mzuckerb@fas.harvard.edu>; Sun, 29 Feb 2004 18:33:31 -0500
Received: from localhost (aschneid@localhost)
        by ls02.fas.harvard.edu (8.12.8/8.12.8/Submit) with ESMTP id
        i1TNXVBL002860
        for <mzuckerb@fas.harvard.edu>; Sun, 29 Feb 2004 18:33:31 -0500
X-Authentication-Warning: ls02.fas.harvard.edu: aschneid owned process doing -
bs
Date: Sun, 29 Feb 2004 18:33:31 -0500 (EST)
From: Adam Philip Schneider <aschneid@fas.harvard.edu>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
Subject: RE: facebook.com
In-Reply-To: <Pine.OSF.4.58.0402291706380.15378@is02.fas.harvard.edu>
Message-ID: <Pine.LNX.4.58.0402291832470.21815@ls02.fas.harvard.edu>
References: <000001c3fe65$ffe44d90$2753fea9@D8XPK831>
 <Pine.OSF.4.58.0402291706380.15378@is02.fas.harvard.edu>
MIME-Version: 1.0
Content-Type: TEXT/PLAIN; charset=US-ASCII
Status: RO
X-Status: A
X-Keywords:
X-UID: 1209
```

Mark,

I was wondering if you could give me any numbers as to how much the servers cost per month to rent and as well how long it takes you to add each additional school.

Thanks,
Adam

On Sun, 29 Feb 2004, Mark Elliot Zuckerberg wrote:

> Hey Adam,
>
> Here's the info you asked for...
>
> We opened Columbia on Wednesday night and Stanford on Thursday night, but
> didn't really announce their openings until late Friday/Saturday. We
> expect to release Yale sometime in the morning tonight.
>
> As for numbers, the total across all colleges is almost 7500, with
> hundreds of those from Columbia and Stanford. I don't want to release
> exact numbers for those schools yet because I don't want users at either
> school to come across the statistics and feel discouraged that it's not
> catching on as well at their school yet.
>
> It is getting significant coverage though. Many alumni and students have
> already emailed me thanking me for the site, and a reporter from Columbia
> even contacted me to write an article about the site for sometime later
> this week.
>
> For contacts, I emailed people individually to ask for permission and I
> got one response back, from Rosabelle Oribello at Stanford (650.906.3391),
> so feel free to get in touch with her.
>
> Let me know if you need anything else.
>

CONFIDENTIAL

FACE000897

```
> Mark
>
> On Sat, 28 Feb 2004, Adam Schneider wrote:
>
> > Mark,
> >
> > Thanks for talking to me today. I just wanted to send you an e-mail with the
> > info that I would love to have for the story:
> > -dates that you opened the site up to Columbia and Stanford
> > -number of total users (all colleges)
> > -number of users at each of the colleges
> > -lastly, a couple of contacts at Columbia and Stanford that I can use for
> > comment about the site
> >
> > If you could send that to me by say 5PM tomorrow, that would be excellent.
> >
> > Thanks a lot,
> > Adam
> >
> > -----Original Message-----
> > From: Mark Elliot Zuckerberg [mailto:mzuckerb@fas.harvard.edu]
> > Sent: Friday, February 27, 2004 6:19 PM
> > To: Adam Schneider
> > Subject: Re: facebook.com
> >
> > Hey, sure.  Give me a call anytime during the afternoon or evening at
> >            and I should have a few minutes to talk.
> >
> > Mark                             Redacted Due To Privacy
> >
> > On Fri, 27 Feb 2004, Adam Schneider wrote:
> >
> > > Hey Mark,
> > >
> > >
> > >
> > > I'm working on a follow-up story about thefacebook.com for Monday's
> > Crimson.
> > > I was wondering if we could talk sometime this weekend at a time that's
> > > convenient for you about its expansion to allow Columbia and Stanford
> > > students onto it. My cell phone is (617)-686-4379 or just send me an
> > e-mail
> > > with a time that is good for you.
> > >
> > >
> > >
> > > Thanks,
> > >
> > > Adam
> > >
> > >
> > > -------------------------------------------
> > >
> > > Adam Schneider
> > >
> > > 2265 Harvard Yard Mail Center
> > >
> > > Cambridge, MA 02138-7522
> > >
> > > Mobile: (617)-686-4379
> > >
> > > Dorm: (617)-493-3477
> > >
> > > Crimson: (617)-576-6565
> > >
```

> > >
> > >
> > >
> > >
> > >
> >
>