1  G. HOPKINS GUY, III (State Bar No. 124811)
       hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14

15
   FACEBOOK, INC. and MARK               Case No.  5:07-CV-01389-RS
16 ZUCKERBERG,
                                         **MANUAL FILING NOTIFICATION**
17            Plaintiffs,
                                         **OF EXHIBITS C, E, L, O, U, X, AND
18       v.                              CC, TO THE DECLARATION OF
                                         THERESA A. SUTTON IN SUPPORT
19 CONNECTU, INC. (formerly known as     OF PLAINTIFFS' OPPOSITION TO
   CONNECTU, LLC), CAMERON               DEFENDANTS MOTION TO
20 WINKLEVOSS, TYLER WINKLEVOSS,         DISMISS**
   DIVYA NARENDRA, PACIFIC
21 NORTHWEST SOFTWARE, INC.,
   WINSTON WILLIAMS, WAYNE CHANG,
22 and DAVID GUCWA AND DOES 1-25,

23            Defendants.

24

25

26

27

28

**MANUAL FILING NOTIFICATION**

Regarding:           **EXHIBITS C, E, L, O, U, X, AND CC TO THE DECLARATION OF**

**THERESA A. SUTTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO**

**DEFENDANTS MOTION TO DISMISS**.

This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main

web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential - Items Under Seal.**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: September 19, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
                                                              /s/ Theresa A. Sutton /s/

Theresa A. Sutton
Attorney for Plaintiff

FACEBOOK, INC. and MARK ZUCKERBERG

OHS West:260305809.2