1  G. HOPKINS GUY, III (State Bar No. 124811)
     hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
     nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
     mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
     tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
     ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:     650-614-7400
8  Facsimile:     650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>Defendants. | Case No.  5:07-CV-01389-RS<br><br>**DECLARATION OF YVONNE P. GREER IN SUPPORT OF SEALING EXHIBIT CC TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:      October 10, 2007<br>Time:      9:30 A.M.<br>Judge:    Honorable Richard Seeborg |

I, Yvonne P. Greer, declare as follows:

1. I am an associate at the law firm of Orrick, Herrington & Sutcliffe, counsel for Plaintiffs Facebook, Inc. and Mark Zuckerberg in this action, and a member of the bar of the state of California. I make this declaration in support of Facebook's Administrative Request Pursuant to Local Civil Rule 79-5(b) to File Under Seal Exhibit CC to the Declaration of Theresa A. Sutton in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. **Exhibit CC** to the Declaration of Theresa A. Sutton filed in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss is a copy of Facebook's Motions to Compel filed in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381. These motions contain references to documents and deposition testimony produced by ConnectU that ConnectU marked Confidential. Accordingly, the Motions to Compel were marked Confidential by Facebook pursuant to the Protective Order entered in that matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of September, 2007, at Menlo Park, California.

/s/ Yvonne P. Greer /s/

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: September 19, 2007          Respectfully submitted,

/s/ Theresa A. Sutton /s/
Theresa A. Sutton

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 19, 2007.

Dated: September 19, 2007.                    Respectfully submitted,

                                                          /s/ Theresa A. Sutton /s/
                                                             Theresa A. Sutton