G. HOPKINS GUY, III (State Bar No. 124811)
   hopguy@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>    Defendants. | Case No. 5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS V-8-E, V-8-G, V-8-H, AND V-4; AND WITHDRAWING THE CONFIDENTIAL DESIGNATIONS TO EXHIBITS V-5-Q AND V-8-B TO THE DECLARATION OF SCOTT MOSKO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EVIDENTIARY AND RELATED SANCTIONS** |

The matter before the Court is Defendants' Administrative Request Pursuant to Local Civil Rule 79-5(b) to File Under Seal Exhibits V-8-E, V-8-G, V-8-H, and V-4 to the Declaration of Scott R. Mosko in Support of Defendants ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra's Opposition to Plaintiffs' Motion for Evidentiary and Related Sanctions. The Court has considered said Administrative Request, and finding good cause, hereby GRANTS Defendants' Administrative Request Pursuant to Local Civil Rule 79-5(b) to File Under Seal Exhibit V-8-E, V-8-G, V-8-H, and V-4 to the Declaration of Scott R. Mosko in Support of Defendants ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra's Opposition to Plaintiffs' Motion for Evidentiary and Related Sanctions.

Facebook previously withdrew its "Confidential" designation on Exhibits V-5-Q and V-8-B to the Declaration of Scott R. Mosko in Support of Defendants ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra's Opposition to Plaintiffs' Motion for Evidentiary and Related Sanctions on September 7, 2007. Exhibits V-5-Q and V-8-B need not be placed under seal.

SO ORDERED.

Dated: _____ \_\_\_, 2007

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California