| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
| |    hopguy@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| |    nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| |    mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| |    tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| |    ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>          Plaintiffs,<br><br>   v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>          Defendants. | Case No. 5:07-CV-01389-RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**PORTIONS OF THE MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FACEBOOK'S MOTION TO COMPEL PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS TO PROVIDE COMPLETE AND SUPPLEMENTAL RESPONSES TO FACEBOOK'S FIRST SET OF INTERROGATORIES NOS. 3 AND 4** |

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: |
| 3 | **(1)** <u>**PORTIONS OF THE:**</u> **MOTION AND MEMORANDUM OF POINTS AND** |
| 4 | **AUTHORITIES IN SUPPORT OF FACEBOOK'S MOTION TO COMPEL PACIFIC** |
| 5 | **NORTHWEST SOFTWARE AND WINSTON WILLIAMS TO PROVIDE COMPLETE** |
| 6 | **AND SUPPLEMENTAL RESPONSES TO FACEBOOK'S FIRST SET OF** |
| 7 | **INTERROGATORIES NOS. 3 AND 4** |

(2) This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential - Items Under Seal.**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: October 17, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                           /s/ Theresa A. Sutton /s/
                                           Theresa A. Sutton
                                           Attorney for Plaintiff
                                           FACEBOOK, INC. and MARK ZUCKERBERG

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 17, 2007.

Dated: October 17, 2007.                Respectfully submitted,


                                        _____/s/ Theresa A. Sutton /s/_____
                                                Theresa A. Sutton