# Exhibit A

November 6, 2008

**VIA eMAIL NChatterjee@Orrick.com and U.S. MAIL**

I. Neel Chatterjee
Orrick, Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025-1015

    Re: ConnectU Stock to be held by Orrick, Herrington & Sutcliffe LLP as Trustee

Dear Neel:

    As you know, Judge Ware has ordered the Special Master to transfer the ConnectU shares that the he holds to Orrick, Herrington & Sutcliffe LLP "in trust for its clients and any lawful claimant." As you also know, our clients --Tyler Winklevoss, Cameron Winklevoss and Divya Narendra --are parties to proceedings, including a Ninth Circuit appeal, in which they assert a legal right to the return of the ConnectU stock in question. Our clients, therefore, are "lawful claimants" to the ConnectU stock.

    Please confirm by noon tomorrow that the Orrick firm, consistent with its fiduciary obligations as trustee, will hold the ConnectU stock until our clients' claim to the stock is finally adjudicated, and that the firm will not transfer the ConnectU stock to any other entity without first giving at least ten days' notice, in order that our clients may seek appropriate relief. Thank you for your courtesy and anticipated prompt cooperation.

    Very truly yours,

    D. Michael Underhill

cc: David Barrett

DMU/tle