# Exhibit B

## Sutton, Theresa A.

**From:** Michael Underhill [munderhill@BSFLLP.com]
**Sent:** Monday, November 10, 2008 2:36 PM
**To:** Chatterjee, I. Neel; Sutton, Theresa A.
**Cc:** David Barrett; Cooper, Monte; Greer, Yvonne; Dalton, Amy; Lincoln, Sean; Evan Parke
**Subject:** RE: letter to N. Chatterjee

Neel,

Thanks for your response. We oppose your submission to Judge Ware on both jurisdictional and substantive grounds. Based on your representations, we plan to defer making an emergency motion or petition with the Ninth Circuit, in the hope that Judge Ware's decision on your administrative motion will obviate that need. Please identify the "law" referenced in your email that causes you to conclude that the Founders are not lawful claimants. Thank you.

**Michael Underhill**
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Tel     202.274.1120
Mobile 571.276.6021
Fax     202.237.6131
MUnderhill@BSFLLP.com

---

**From:** Chatterjee, I. Neel [mailto:nchatterjee@orrick.com]
**Sent:** Monday, November 10, 2008 12:02 PM
**To:** Michael Underhill; Sutton, Theresa A.
**Cc:** David Barrett; Cooper, Monte; Greer, Yvonne; Dalton, Amy; Lincoln, Sean
**Subject:** RE: letter to N. Chatterjee

Mike-

Thanks for the email. I have just returned to the office and am wading through the various things that have happened during my absence.

Your request appears to be another attempt to obtain relief that the Court has thrice rejected. If you have authority supporting your position that a) Orrick must to do more than the Order requires and b) Messrs. Winklevoss and Narendra are "lawful claimants," please forward it to us for consideration. Absent such authority, we see no reason to respond to your demands immediately and we will consider your request when and if we deem it appropriate at a later time. From our read of the Judge's order and the law, the ConnectU Founders are not lawful claimants.

Judge Ware's orders raise two issues which, in our view need to be addressed. First, Judge Ware incorrectly stated in his order that the ConnectU Founders opposed the motion to enforce. They did not, but rather incorrectly sought to intervene later in the proceedings despite having had notice of the proceedings, having submitted to the jurisdiction, and having chosen not to oppose the motion. Second, we appear to dispute what Judge Ware's order means as to "lawful claimants." We believe the correct course of action is to file miscellaneous administrative requests to clarify and correct the Court orders. We will be prepared to file our miscellaneous administrative requests today. The rules say we must meet and confer on these issues prior to

filing our motion. My sense from your communications is that you disagree with both of the points I raise. If you think further meeting and conferring is necessary and we can reach agreement on either of these points, please let us know. As we are plan to seek clarification from the District Court, it does seem to us that there is no need yet another "emergent motion" from ConnectU and the ConnectU Founders.

Regards,

Neel

---

**From:** Michael Underhill [mailto:munderhill@BSFLLP.com]
**Sent:** Monday, November 10, 2008 8:47 AM
**To:** Sutton, Theresa A.; Chatterjee, I. Neel
**Cc:** David Barrett; Cooper, Monte; Greer, Yvonne; Dalton, Amy
**Subject:** RE: letter to N. Chatterjee
**Importance:** High

Neel,

We did not to hear from you or any of your colleagues on Friday concerning our inquiry below as to your intentions with respect to the ConnectU stock transfer ordered by the Court's November 3, 2008 judgment. In light of the Ninth Circuit's closure tomorrow, we request your response today by noon PST, so that we can file an emergency motion today, if necessary. Thank you.

**Michael Underhill**
**BOIES, SCHILLER & FLEXNER LLP**
**5301 Wisconsin Avenue, NW**
**Washington, DC 20015**
**Tel     202.274.1120**
**Mobile 571.276.6021**
**Fax     202.237.6131**
**MUnderhill@BSFLLP.com**

---

**From:** Michael Underhill
**Sent:** Thursday, November 06, 2008 2:48 PM
**To:** 'Sutton, Theresa A.'; Chatterjee, I. Neel
**Cc:** David Barrett; Cooper, Monte; Greer, Yvonne; Dalton, Amy
**Subject:** RE: letter to N. Chatterjee

Thank you for that information, Theresa.

In Neel's absence, please refer it to another lawyer for response, and/or make sure that Neel receives it today so that he can direct a timely response. Thank you. Mike

**Michael Underhill**
**BOIES, SCHILLER & FLEXNER LLP**
**5301 Wisconsin Avenue, NW**
**Washington, DC 20015**
**Tel     202.274.1120**
**Mobile 571.276.6021**
**Fax     202.237.6131**
**MUnderhill@BSFLLP.com**

**From:** Sutton, Theresa A. [mailto:tsutton@orrick.com]
**Sent:** Thursday, November 06, 2008 2:43 PM
**To:** Michael Underhill; Chatterjee, I. Neel
**Cc:** David Barrett; Cooper, Monte; Greer, Yvonne; Dalton, Amy
**Subject:** RE: letter to N. Chatterjee

Mike-

Neel is out of the office until Monday. As a result, please do not expect a response from him as your letter demands.

Theresa

_____



**O R R I C K**

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

---

**From:** Michael Underhill [mailto:munderhill@BSFLLP.com]
**Sent:** Thursday, November 06, 2008 11:34 AM
**To:** Chatterjee, I. Neel
**Cc:** Sutton, Theresa A.; David Barrett
**Subject:** letter to N. Chatterjee
**Importance:** High

Attached is a letter regarding Judge Ware's most recent ruling


**Michael Underhill**
**BOIES, SCHILLER & FLEXNER LLP**
**5301 Wisconsin Avenue, NW**
**Washington, DC 20015**
**Tel     202.274.1120**
**Mobile 571.276.6021**
**Fax     202.237.6131**
**MUnderhill@BSFLLP.com**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------------------
===========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



===========================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
===========================================================
==========================================================================

11/10/2008