STEVEN C. HOLTZMAN (State Bar No. 144177)
　sholtzman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

DAVID A. BARRETT (*pro hac vice*)
　dbarrett@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave., 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

D. MICHAEL UNDERHILL (*pro hac vice*)
　munderhill@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendants ConnectU, Inc.,
Cameron Winklevoss, Tyler Winklevoss,
and Divya Narendra.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>　　　　　　Defendants. | Case No. 5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE REQUEST TO CORRECT/STRIKE (Dkt. No. 657); and PLAINTIFFS' ADMINISTRATIVE REQUEST FOR CLARIFICATION (Dkt. No. 659)** |

1  Before the Court are two Administrative Motions pursuant to Civil Local Rule 7-
2  11 filed by Plaintiffs:  A Motion for Administrative Relief to Correct (Dkt. No. 657), and
3  a Motion for Administrative Relief to Clarify (Dkt. No. 659).  The Court, having
4  considered the two Administrative Motions and supporting documents, and Defendants'
5  Responses and supporting documents, hereby orders as follows:

7  [____] IT IS HEREBY ORDERED that Plaintiffs' Motions at Dkt. Nos. 657 and 659 are
8  DENIED.

10 Or

12 [____] IT IS HEREBY ORDERED that Plaintiffs' Motion for Administrative Relief to
13 Correct is DENIED; Plaintiffs' Motion for Administrative Relief to Clarify is
14 GRANTED.  The Court will clarify its November 3 Order and Judgment, and will restore
15 the 21-day period for Defendants to seek appellate relief, to be reset as of the date the
16 Court enters its Order clarifying its November 3 Order and Judgment.

DATED:_____        _____
                                 Honorable James Ware
                                 United States District Judge