# EXHIBIT A

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5   THE FACEBOOK, INC.,      )  C-07-01389-JW
                              )
 6          PLAINTIFF,        )  JULY 2, 2008
                              )
 7          V.                )
                              )
 8   CONNECTU, LLC, ET AL.,   )  PAGES 1-73
                              )
 9          DEFENDANTS.       )    COPY
                              )
10   _____  )
11          THE PROCEEDINGS WERE HELD BEFORE
12        THE HONORABLE UNITED STATES DISTRICT
13                   JUDGE JAMES WARE
14   A P P E A R A N C E S:
15   FOR THE PLAINTIFF:  ORRICK, HERRINGTON & SUTCLIFFE
                         BY:  I. NEEL CHATTERJEE
16                            THERESA A. SUTTON
                              YVONNE GREER
17                       1000 MARSH ROAD
                         MENLO PARK, CALIFORNIA 94025
18
19   FOR THE DEFENDANTS: BOIES, SCHILLER & FLEXNER
                         BY:  DAVID A. BARRETT
20                            EVAN ANDREW PARKE
                              D. MICHAEL UNDERHILL
21                       575 LEXINGTON AVENUE
                         7TH FLOOR
22                       NEW YORK, NEW YORK 10022
23        (APPEARANCES CONTINUED ON THE NEXT PAGE.)
24
     OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
25                            CERTIFICATE NUMBER 8074
```

                                                              1

| | |
|---|---|
| 1 | WE'LL GO NOW TO THE OTHER MOTION THAT IS |
| 2 | BEFORE THE COURT HAVING TO DO WITH THE ORDER TO |
| 3 | SHOW CAUSE WHY A JUDGMENT SHOULD BE ENTERED OR NOT |
| 4 | BE ENTERED AS THE CASE MAY BE. |
| 5 | AND WITH RESPECT TO THAT, I RECEIVED |
| 6 | SUBMISSIONS FROM BOTH SIDES. I PRESUME THAT THE |
| 7 | SUBMISSION BY THE DEFENDANTS CONNECTU AND OTHERS |
| 8 | ARE SUBMITTED WITHOUT WAIVING YOUR OBJECTION TO MY |
| 9 | ORDER IN THE FIRST PLACE. |
| 10 | MR. BARRETT: THAT IS CORRECT. THANK |
| 11 | YOU. WE ARE, YOUR HONOR, AS YOU SAY, ADDRESSING |
| 12 | THE FORM OF THE JUDGMENT AND WE RESERVE OUR RIGHTS |
| 13 | TO CONTEST THE ORDER AND THE JUDGMENT AS MAY BE |
| 14 | APPROPRIATE. |
| 15 | THE COURT: HERE'S WHAT I INTEND TO DO, |
| 16 | AND MAYBE THAT WOULD BE FASTER TO HAVE YOU ADDRESS |
| 17 | WHAT I INTEND TO DO AS OPPOSED TO WHAT YOU WOULD |
| 18 | WANT ME TO DO. |
| 19 | I HAVE READ YOUR SUBMISSIONS. THEY ARE |
| 20 | SUBSTANTIALLY THE SAME. AND SO THE FORM OF THE |
| 21 | JUDGMENT I THINK COULD COMPLY WITH YOUR |
| 22 | SUBMISSIONS. |
| 23 | THERE ARE A COUPLE OF ASPECTS OF IT THAT |
| 24 | I WANT TO ADDRESS. |
| 25 | FIRST, IT WILL BE NECESSARY FOR SOME |

1  INTERMEDIARY TO ACT IN A CAPACITY TO COLLECT

2  INFORMATION AND MOVE THINGS AROUND AND TO DO

3  CERTAIN THINGS TO CARRY OUT THE COURT'S JUDGMENT.

4  RATHER THAN ACCEPT THE SUBMISSION BY ONE

5  OF THE PARTIES THAT A PARTY SELECT THAT PERSON AND

6  PAY FOR THAT PROCESS, MY INTENT IS TO APPOINT A

7  SPECIAL MASTER WHO WOULD BEHOLDEN TO THE COURT,

8  TAKE DIRECTIONS FROM THE COURT AND NO ONE ELSE,

9  WITH RESPECT TO A COLLECTION OF THE VARIOUS

10 DEPOSITS MANDATED BY THE JUDGMENT AND WITH RESPECT

11 TO ANY DISBURSEMENTS OR FILINGS THAT WOULD COME

12 ALONG WITH THAT AND HAVE THE PARTIES PAY THE COST

13 OF THAT PROCESS EQUALLY.

14 IT IS ALSO MY INTENT TO THEN HAVE THE

15 JUDGMENT REQUIRE THE MASTER TO COLLECT THE VARIOUS

16 CERTIFICATES OR CASH OR OTHER CONSIDERATION TO

17 COLLECT RATHER THAN DEEM THAT THERE HAS BEEN

18 RELEASES TO ACTUALLY COLLECT A SUBMISSION OF A

19 RELEASE.

20 I DO INTEND TO PROVIDE THAT THAT RELEASE

21 HAS TO BE SUBMITTED TO THE COURT FOR ITS APPROVAL

22 AND THEN IT WOULD BE DEPOSITED WITH THE MASTER SO

23 THAT WOULD LEAVE TO THE COURT AND NO ONE ELSE THE

24 DETERMINATION AS TO WHETHER OR NOT THE RELEASE IS

25 CONSISTENT WITH THE LANGUAGE OF THE SETTLEMENT

1  AGREEMENT WHICH PROVIDES AS BROAD AS POSSIBLE.  I
2  CAN'T RECALL THE EXACT WORDS.
3          I WOULD ALSO HAVE THE PARTIES SUBMIT A
4  LEGALLY SUFFICIENT DISMISSAL OF ALL CASES AND THEN
5  I WOULD MAKE SUBSEQUENT ORDERS WITH RESPECT TO THEN
6  WHAT THE MASTER DOES WITH RESPECT TO THE EXCHANGE
7  OF THOSE DOCUMENTS.
8          THERE IS A LEGEND WHICH WAS SUGGESTED BY
9  ONE OF THE PARTIES WHICH WOULD BE PLACED ON STOCK
10 CERTIFICATES AND SO I NEED TO HEAR FROM THE PARTIES
11 WITH RESPECT TO WHETHER YOU HAVE ANY OBJECTION TO
12 THE JUDGMENT AND INCORPORATING THAT LEGEND.
13         THERE IS A REQUEST IN THE VARIOUS
14 SUBMISSIONS THAT THE COURT SPEAK TO VARIOUS ASSETS,
15 PARTICULARLY WEB SITES AND THOSE TYPES OF THINGS.
16 THERE WAS NOTHING ABOUT THAT IN THE SETTLEMENT
17 AGREEMENT ITSELF, AND SO THE COURT IS DISPOSED TO
18 LEAVE THAT TO MATTERS OF ORDINARY BUSINESS
19 TRANSACTIONS THAT FOLLOW THE ENFORCEMENT OF THE
20 SETTLEMENT AND THE EXCHANGES THAT ARE REQUIRED IN
21 THE SETTLEMENT.
22         I AM CONCERNED THAT IN ORDER TO BE
23 EFFECTIVE IN ITS ENFORCEMENT, THE COURT SHOULD
24 IMPOSE ON THE PARTIES A REQUIREMENT THAT THEY NOT
25 TAKE ANY ACTION WHICH WOULD INTERFERE WITH THE

ABILITY TO FULFILL THE TERMS OF THE AGREEMENT AND I DIDN'T KNOW HOW FAR TO GO WITH RESPECT TO THAT.

AND THEN THE COURT DOES INTEND TO RETAIN JURISDICTION TO ENFORCE THE JUDGMENT, AND I THINK THAT IS ALSO INHERENT IN THE AGREEMENT ITSELF TO RETAIN JURISDICTION GIVEN TO IT BY THE PARTIES TO ENFORCE THE TERMS OF THE AGREEMENT ITSELF.

ALL RIGHT. SO WITH THAT LET ME PAUSE AND SEE IF THE PARTIES WISH TO SPEAK FURTHER.

MR. CHATTERJEE: YOUR HONOR, IF I MAY. NEEL CHATTERJEE FOR FACEBOOK AND MARK ZUCKERBERG. WE ALSO DIDN'T DO APPEARANCES FOR THIS MOTION.

I SAW YOU MIGHT HAVE LOOKED COMPLEX AT THE GENTLEMAN STANDING RIGHT NEXT TO ME AND I THOUGHT IT MIGHT BE GOOD TO HAVE APPEARANCES.

MR. VAN DALSEM: BRUCE VAN DALSEM FROM QUINN EMANUEL. WE'RE LIEN CLAIMANT IN THE CASE.

THE COURT: I APPRECIATE THAT YOU ARE NOW IDENTIFYING YOURSELF. I DID NOT INTEND TO IN MY STATEMENT SAY ANYTHING ABOUT THE LIEN CLAIMANT THAT HAS COME TO MY ATTENTION.

SO FAR AS THE COURT IS KNOWLEDGEABLE, THERE HAS BEEN A NOTICE OF A LIEN THAT I HAVE SEEN, BUT I DON'T KNOW THE BONA FIDES OF IT. IT DOES SEEM TO ME THAT ANY EFFECT THAT THAT WOULD HAVE ON

29