# EXHIBIT D

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                         SAN JOSE DIVISION

4

5

6   THE FACEBOOK, INC. AND        )   C-07-01389 JW
    MARK ZUCKERBERG,               )
                                   )   SAN JOSE, CALIFORNIA
7              PLAINTIFFS,         )
                                   )   AUGUST 6, 2008
8        VS.                       )
                                   )   PAGES 1-73
9   CONNECTU, INC. (FORMERLY       )
    KNOWN AS CONNECTU, LLC),       )
10  PACIFIC NORTHWEST              )
    SOFTWARE, INC., WINSTON        )
11  WILLIAMS, AND WAYNE            )
    CHANG,                         )
12                                 )
               DEFENDANT.          )
13   _____)

14

                   TRANSCRIPT OF PROCEEDINGS
15            BEFORE THE HONORABLE JAMES WARE
                UNITED STATES DISTRICT JUDGE
16

17  A P P E A R A N C E S:

18  FOR THE PLAINTIFF:   ORRICK, HERRINGTON & SUTCLIFFE
                         BY:  I. NEEL CHATTERJEE,
19                            MONTE M.F. COOPER, AND
                              YVONNE GREET
20                       1000 MARSH ROAD
                         MENLO PARK, CALIFORNIA  94025
21

22        APPEARANCES CONTINUED ON NEXT PAGE

23

24  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
25

                                                              1

```
 1
 2      APPEARANCES (CONTINUED)

 3      FOR THE DEFENDANT:    BOIES, SCHILLER & FLEXNER, LLP
                              BY:  D. MICHAEL UNDERHILL
 4                            5301 WISCONSIN AVENUE, N.W.
                              WASHINGTON, D.C.  20015
 5

 6      FOR INTERVENOR:       O'SHEA PARTNERS, LLP
                              BY:  SEAN F. O'SHEA AND
 7                                 MARK A. WEISSMAN
                              90 PARK AVENUE, 20TH FLOOR
 8                            NEW YORK, NEW YORK  10016

 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
17:29:31   1    THE ENFORCEMENT MOTION, FRANKLY, YOUR HONOR, IT'S
17:29:34   2    SOMEWHAT ABSURD TO ARGUE THAT.
17:29:36   3           WE WANT THE VALUE OF WHAT WE PURCHASED,
17:29:37   4    AND STAYING THE PROCEEDINGS IS, IS, IS TANTAMOUNT
17:29:41   5    TO NOT RECOGNIZING THE SETTLEMENT AGREEMENT.
17:29:43   6           THERE'S A PUBLIC INTEREST HERE IN
17:29:45   7    RECOGNIZING THESE AGREEMENTS THAT GETS IMPLICATED.
17:29:48   8    YOUR HONOR RECITED THAT YOURSELF AT THE JUDGMENT
17:29:51   9    HEARING.
17:29:51  10           THE ONE THING -- THE ONE OTHER POINT I
17:29:53  11    WANT TO MAKE IS, CANDIDLY, WE HAVE A BIG ISSUE WITH
17:29:56  12    THEM HAVING ANY DECISION MAKING OVER CONNECTU.
17:29:59  13           AND I'M NOT TALKING ABOUT THE LAWYERS.
17:30:00  14    I'M TALKING ABOUT THE WINKLEVOSS BROTHERS AND DIVYA
17:30:03  15    NARENDRA AND HOWARD WINKLEVOSS.
17:30:05  16           THEY INITIATED THE LITIGATION WITHOUT
17:30:07  17    EVER CONSULTING ANYBODY AFTER THE JUDGMENT WAS
17:30:09  18    ENTERED.  THEY DON'T LIKE OUR COMPANY.
17:30:11  19           SO IF THINGS AREN'T GOING WELL IN THE
17:30:14  20    NINTH CIRCUIT, THEY CAN DO WHATEVER THEY WANT.
17:30:16  21           THEY HAVE NOT PUT THE STOCK INTO GEORGE
17:30:18  22    FISHER'S HANDS PER YOUR HONOR'S ORDER.  THAT WAS
17:30:21  23    DUE MONDAY, AND AT 2:15, GIVE OR TAKE A FEW
17:30:25  24    MINUTES, ON MONDAY, AFTER WE HAD PUT ALL OF OUR
17:30:28  25    CONSIDERATION IN, THAT SUBSTANTIAL AMOUNT OF MONEY
```

```
17:30:31  1    AND THE SUBSTANTIAL AMOUNT OF SHARES, THEY NOTIFIED
17:30:35  2    US THAT THEY WERE GOING TO MAKE THE DECISION NOT TO
17:30:37  3    SUBMIT IT TO HIM IN VIOLATION OF YOUR HONOR'S
17:30:39  4    ORDER.
17:30:39  5         WHAT CONFIDENCE COULD WE POSSIBLY HAVE
17:30:42  6    THAT THEY ARE GOING TO PROTECT THE VALUE OF THAT
17:30:44  7    ASSET?  IT'S SIMPLY NOT THERE.  WE HAVE ZERO
17:30:47  8    CONFIDENCE IN THEM.
17:30:48  9         THE COURT:  WELL, HERE'S THE DILEMMA THAT
17:30:51 10    I SEE.  I CONTINUE TO BELIEVE THAT THE JUDGMENT WAS
17:30:53 11    PROPERLY ENTERED HERE.
17:30:54 12         BUT I ALSO BELIEVE THAT ANY JUDGMENT IS
17:31:01 13    APPEALABLE TO A HIGHER COURT, ANY JUDGMENT OF THIS
17:31:04 14    COURT.
17:31:05 15         AND I'M IN A CIRCUMSTANCE WHERE IT'S NOT
17:31:10 16    A MONEY JUDGMENT WHERE A BOND WOULD BE SUFFICIENT,
17:31:16 17    SO THAT I'M TRYING TO WALK MY WAY THROUGH A PROCESS
17:31:20 18    BY WHICH, EVEN IF I'M DISPOSED TO DENY THE STAY OF
17:31:24 19    EXECUTION, I WON'T DENY THE RIGHT TO APPEAL.
17:31:31 20         SO IF I UNDERSTAND THAT THE EXECUTION
17:31:38 21    COULD AMOUNT TO THE PLAINTIFF HERE TAKING THE
17:31:44 22    UNUSUAL STEP OF SAYING, "WELL, NOW AS THE
17:31:47 23    SHAREHOLDER, I TERMINATE THE APPEAL," THE EXECUTION
17:31:51 24    WOULD BE, IN EFFECT, A PLACING OF THE RIGHT OF
17:31:55 25    APPEAL, BUT DENYING THE RIGHT TO APPEAL.  IT WOULD
```

```
17:31:59   1    TERMINATE BY THE EXECUTION.
17:32:01   2            I'VE NEVER FACED THAT SITUATION BEFORE,
17:32:02   3    AND SO IT'S UNCHARTED WATER FOR ME.
17:32:05   4            AND SO THAT'S WHAT I NEED HELP WITH,
17:32:07   5    BECAUSE UNLESS YOU CONVINCE ME THAT THERE SHOULD BE
17:32:12   6    NO RIGHT TO APPEAL, I HAVE TO PUT THE OPPOSING
17:32:14   7    PARTY TO MY JUDGMENT IN A POSITION SO THEY CAN
17:32:17   8    CHALLENGE MY JUDGMENT.
17:32:19   9            MR. CHATTERJEE:  SO, YOUR HONOR, I THINK
17:32:20  10    WHAT YOU'RE IDENTIFYING IS, IS THE CONFLICT THAT WE
17:32:22  11    HAVE HERE OF HARDSHIPS.
17:32:24  12            WE PURCHASED AN ASSET.  WE WANT TO GET
17:32:26  13    VALUE FOR THE ASSET.
17:32:27  14            AND WE ALSO SOUGHT PEACE, AND THERE'S A
17:32:30  15    LOT OF HARDSHIP IN NOT ACKNOWLEDGING THAT PEACE.
17:32:33  16            THEIR PURPORTED HARDSHIP IS ESSENTIALLY
17:32:35  17    THE RISK OF MOOTING AN APPEAL ON BEHALF OF
17:32:39  18    CONNECTU.
17:32:39  19            IF YOU ALLOW INTERVENTION, YOUR HONOR,
17:32:41  20    CANDIDLY, THAT MAY BECOME A NON-ISSUE DEPENDING ON
17:32:44  21    WHATEVER RIGHTS THE INDIVIDUALS HAVE UPON
17:32:47  22    INTERVENTION, BECAUSE AS YOUR HONOR NOTICED BEFORE,
17:32:49  23    THEY ESSENTIALLY ARE ASSERTING THE SAME SORTS OF
17:32:52  24    CLAIMS OF A THIRD PARTY COMPLAINANT.
17:32:54  25            NOW, WHEN YOU HAVE THESE TWO COMPETING
```