# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16745/08-16849     U.S. District Court Case No. 5:07-CV-01389-JW

Short Case Title: The Facebook, Inc. et al. v. Connectu, Inc., et. al.

Date Notice of Appeal Filed by Clerk of District Court: 07/30/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE | |
|---|---|---|---|
| 06/23/08 | Irene L. Rodriguez | Other (specify) Motion to Enforce | 474 |
| 07/02/08 | Irene L. Rodriguez | Other (specify) Show Cause re: Judgmen | 477 |
| 08/06/08 | Le-Anne Shortridge | Other (specify) Mot. to Stay & Intervene | |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
Evan Andrew Parke
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, N.W. Suite 800
Washington, D.C. 20015
202-237-2727

Date Transcript Ordered
Originally ordered on or about date of respective hearings.
This order form submitted 8/27/08.

Signature Attorney/Pro Per Litigant

**SECTION C** - To be completed by court reporter.

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed 9/20/08   Court Reporter's Signature: Irene Rodriguez (print last name)

**Section D**

U.S. DISTRICT COURT CLERK, I certify that the record is available in the office of the U.S. District Court.

RICHARD W. WIEKING      NOV 1 4 2008      BY: _____
(U.S. District Court Clerk)     (Date)                     Deputy Clerk

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE