SEAN A. LINCOLN (State Bar No. 136387)
 salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
 nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
 mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
 tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
 ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>  Plaintiffs,<br><br>  v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>  Defendants. | Case No. 5:07-CV-01389-JW<br><br>[PROPOSED] ORDER OF DISMISSAL |

| 1 | On July 2, 2008, the Court entered a Judgment Enforcing Settlement Agreement |
| 2 | (Docket Item No. 476) and on November 21, 2008, the Court entered an Amended Judgment |
| 3 | Ordering Specific Performance of Settlement Agreement and Declaratory Judgment Release |
| 4 | |
| 5 | (Docket Item No. 665). Pursuant to the Judgment and Amended Judgment, all claims asserted |
| 6 | against Defendants ConnectU, Inc., Pacific Northwest Software, Inc., Winston Williams, and |
| 7 | Wayne Change, are dismissed with prejudice. |
| 8 | |
| 9 | The parties shall bear their own attorney fees and costs. The Clerk shall close this file. |

Dated: December 15, 2008

*James Ware*

JAMES WARE
United States District Judge