STEVEN C. HOLTZMAN (State Bar No. 144177)
sholtzman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

DAVID A. BARRETT (*pro hac vice*)
dbarrett@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave., 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

D. MICHAEL UNDERHILL (*pro hac vice*)
munderhill@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Cameron Winklevoss,
Tyler Winklevoss, and Divya Narendra.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2** |

Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra file this Representation Statement in accordance with Ninth Circuit Rule 3-2. The parties to the suit and their respective counsel, including their contact information, are as follows:

| **Parties:** | **Parties:** |
|---|---|
| Pacific Northwest Software, Inc. (defendant)<br>Wayne Chang (defendant)<br>Winston Williams (defendant) | Cameron Winklevoss<br>Tyler Winklevoss<br>Divya Narendra[1] |
| **Counsel:** | **Counsel:** |
| Scott R. Mosko (SBN106070)<br>FINNEGAN, HENDERSON,<br>FARABOW, GARRETT<br>& DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666 | Steven C. Holtzman (SBN 144177)<br>BOIES SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br><br>D. Michael Underhill (*pro hac vice*)<br>Jonathan M. Shaw (*pro hac vice*)<br>Evan A. Parke (*pro hac vice*)<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br><br>David A. Barrett (*pro hac vice*)<br>BOIES SCHILLER & FLEXNER LLP |

---

[1] To the extent Cameron Winklevoss, Tyler Winklevoss and Divya Narendra and their counsel have any existing rights or obligations with respect to ConnectU, Inc. (all of the stock of ConnectU having been transferred to The Facebook, Inc. on December 15, 2008, as part of the settlement transaction which is at issue on appeal), ConnectU would be represented by counsel set forth above. We have been informed that ConnectU may substitute as its counsel:

James Towery
HOGE FENTON JONES & APPEL, INC.
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile: (408) 287-2583

| | |
|---|---|
| 1 | 575 Lexington Avenue, 7th Floor |
| 2 | New York, NY 10022 |
| | Telephone: (212) 446-2300 |
| 3 | Facsimile: (212) 446-2350 |
| 4 | Scott R. Mosko (SBN106070) |
| 5 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 6 | Stanford Research Park |
| | 3300 Hillview Avenue |
| 7 | Palo Alto, California 94304 |
| | Telephone: (650) 849-6600 |
| 8 | Facsimile: (650) 849-6666Mark A. Byrne (SBN116657) |
| 9 | |
| 10 | Mark Byrne |
| | BYRNE & NIXON LLP |
| 11 | 800 West Sixth Street, Suite 430 |
| | Los Angeles, California 90017 |
| 12 | Telephone: (213) 620-8003 |
| | Fascimile: (213) 620-8013 |
| 13 | |
| 14 | Sean F. O'Shea (*pro hac vice*) |
| | O'SHEA PARTNERS LLP |
| 15 | 90 Park Avenue, 20th Floor |
| | New York, NY 10016 |
| 16 | Telephone: (212) 682-4426 |
| | Facsimile: (212) 682-4437 |
| 17 | |

**Parties:**

The Facebook, Inc. (plaintiff)
Mark Zuckerberg (plaintiff)

**Counsel:**

I. Neel Chatterjee (SBN 173985)
Monte Cooper (SBN 196746)
Theresa A. Sutton (SBN 211857)
Yvonne P. Greer (SBN 214072)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

3

REPRESENTATION STATEMENT
5:07-CV-01389-JW

| | |
|---|---|
| 1    December 19, 2008 | Respectfully submitted, |
| | |
| | BOIES, SCHILLER & FLEXNER LLP |
| | |
| | */s/ Evan A. Parke* / KPR |
| | Evan A. Parke |
| | |
| | Attorneys for Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra. |