STEVEN C. HOLTZMAN (CA BAR NO. 144177)
sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL *(pro hac vice)*
munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

ORIGINAL FILED
08 DEC 19 PM 5: 57
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF SERVICE** |

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612, in said County and State; on December 19, 2008, I served the:

1. **NOTICE OF APPEAL**

2. **REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2**

3. **UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT**

By providing a true copy thereof addressed to each of the persons named below:

Monte M.F. Cooper
Chester Wren-Ming Day
I. Neel Chatterjee
Sean Alan Lincoln
Theresa Ann Sutton
Yvonne Penas Greer
George Hopkins Guy, III
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email: mcooper@orrick.com
cday@orrick.com
nchatterjee@orrick.com
slincoln@orrick.com
tsutton@orrick.com
ygreer@orrick.com
hopguy@orrick.com

☐ BY FIRST CLASS MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

1

| | |
|---|---|
| ☐ | BY ELECTRONIC MAIL |
| ☐ | BY FACSIMILE: From facsimile machine telephone number (510) 874-1460, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated. |
| ☑ | BY FEDERAL EXPRESS NEXT DAY AIR: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Boies, Schiller & Flexner LLP, that same day in the ordinary course of business. |
| ☑ | (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper. |
| ☑ | (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

Executed on December 19, 2008 at Oakland, California.

Catherine T. Duong

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612, in said County and State; on December 19, 2008, I served the:

1. **NOTICE OF APPEAL**

2. **REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2**

3. **UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT**

By providing a true copy thereof addressed to each of the persons named below:

Scott Richard Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
Email: scott.mosko@finnegan.com

☐ BY FIRST CLASS MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☑ BY ELECTRONIC MAIL

☐ BY FACSIMILE: From facsimile machine telephone number (510) 874-1460, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐ BY FEDERAL EXPRESS NEXT DAY AIR: I placed a true copy in a sealed

envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Boies, Schiller & Flexner LLP, that same day in the ordinary course of business.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

☑ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2008 at Oakland, California.

/s/ Catherine T. Duong
Catherine T. Duong