1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10 THE FACEBOOK, INC.                            NO. CV 07-01389 JW

11              Plaintiff,                       **CLERK'S NOTICE RE: FAILURE
                                                  TO FILE ELECTRONICALLY
        v.                                        AND/OR REGISTER AS AN E-
12                                                FILER**

13 CONNECTU, LLC, ET AL
              Defendant.
14 _____/

15

16 On 12/19/08, counsel for *defendant Connectu, Inc.,* filed a  manually, on paper.  This case has been

17 designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

18
The above mentioned  paper document has been filed and docketed. However, General Order 45
19
provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
20
presumptively designated" as e-filing cases. Therefore, counsel for *Defendant Connectu Inc.,*  should
21
submit the *declaration of service* , in PDF format within 10 days, as an attachment in an *e-mail* message
22
directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the
23
**Judges** button and follow the procedure listed there).  Do ***not*** e-file a document which has been
24
previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should
25
be e-filed.
26
27
Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
28

become an ECF User and be assigned a user ID and password for access to the system upon designation

of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users

must do so immediately. Forms and instructions for registering can be found on the Court's Web site

at ecf.cand.uscourts.gov.

Dated: December 23, 2008

<u>Cindy Vargas</u>
Deputy Clerk