UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

December 30, 2008

**CASE INFORMATION:**
Short Case Title: <u>THE FACEBOOK, INC.</u>-v- <u>CONNECTU, LLC, ET AL</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: ***Judge James Ware, San Jose Division***
Criminal and/or Civil Case No.: <u>CV 07-01389 JW</u>
Date Complaint/Indictment/Petition Filed:*3/9/07*
Date Appealed order/judgment *entered* *6/10/08; 6/25/08;7/2/08;8/8/08;11/3/08;11/21/08;12/15/08*
Date NOA *filed* *12/19/08*
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                         ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: ***Irene Rodriguez (408) 947-8160***

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:  12/19/08                Date Docket Fee Billed:
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes  ☐ no                                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:
Evan A. Parke                               ***Scott Richard Mosko***
Boies Schiller & Flexner LLP                Finnegan Henderson Farabow Garrett
5301 Wisconsin Ave NW                       3300 Hillview Avenue
Washington , DC 20015                       Palo Alto, Calif., 94304-1203
202-237-2727                                (650) 849-6600
Fax: 202-237-6131
Email: eparke@bsfllp.com
☒ retained   ☐ CJA   ☐ FPD  ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>