SEAN A. LINCOLN (STATE BAR NO. 136387)
salincoln@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
WARRINGTON S. PARKER, III (STATE BAR NO. 148003)
wparker@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
YVONNE P. GREER (STATE BAR NO. 214072)
ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

FILED ORIGINAL
2009 JAN -7 P 3:36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**REPRESENTATION STATEMENT OF FACEBOOK, INC. AND MARK ZUCKERBERG PURSUANT TO NINTH CIRCUIT RULE 3-2** |

Facebook, Inc. and Mark Zuckerberg file this Representation Statement in accordance with Ninth Circuit Rule 3-2. The parties to the suit and their respective counsel, including their contact information. Please note that ConnectU, Inc. has new counsel as of December 15, 2008. For completeness, we include information pertaining to prior counsel and current counsel.

**Parties:**

The Facebook, Inc. (Cross-Appellants)
Mark Zuckerberg (Cross-Appellants)

**Counsel:**
Sean A. Lincoln (SBN 136387)
I. Neel Chatterjee (SBN 173985)
Warrington S. Parker (SBN 148003)
Monte Cooper (SBN 196746)
Theresa A. Sutton (SBN 211857)
Yvonne P. Greer (SBN 214072)
ORRICK, HERRINGTON & SUTCLIFFE
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

**Party:**

**Prior To December 15, 2008**

ConnectU, Inc. (formerly known as ConnectU, LLC) (Appellant)

**Counsel:**
Steven C. Holtzman (SBN 144177)
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. Michael Underhill *(pro hac vice)*
Jonathan M. Shaw *(pro hac vice)*
Evan A. Parke *(pro hac vice)*
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

David A. Barrett *(pro hac vice)*
BOIES SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Scott R. Mosko (SBN106070)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

| | |
|---|---|
| 1 | |
| 2 | John F. Hornick<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue N.W.<br>Washington, DC 20001<br>Tel: (202) 408-4000<br>Fax: (202) 408-4400 |
| 3 | |
| 4 | |
| 5 | **Following December 15, 2008** |
| 6 | James E. Towery<br>HOGE, FENTON, JONES & APPEL, INC.<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113-2396<br>Tel: (408) 287-9501<br>Fax: (408) 287-2583 |
| 7 | |
| 8 | |
| 9 | |
| 10 | Alison P. Buchanan<br>HOGE, FENTON, JONES & APPEL, INC.<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113-2396<br>Tel: (408) 287-9501<br>Fax: (408) 287-2583 |
| 11 | |
| 12 | |
| 13 | |
| 14 | Jill E. Fox<br>HOGE, FENTON, JONES & APPEL, INC.<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113-2396<br>Tel: (408) 287-9501<br>Fax: (408) 287-2583 |
| 15 | |
| 16 | |
| 17 | Steven C. Holtzman (SBN 144177)<br>BOIES SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 18 | |
| 19 | |
| 20 | |
| 21 | D. Michael Underhill *(pro hac vice)*<br>Jonathan M. Shaw *(pro hac vice)*<br>Evan A. Parke *(pro hac vice)*<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 |
| 22 | |
| 23 | |
| 24 | |
| 25 | David A. Barrett *(pro hac vice)*<br>BOIES SCHILLER & FLEXNER LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350 |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| **Parties:**<br><br>Pacific Northwest Software, Inc. (Defendant)<br>Wayne Chang (Defendant)<br>Winston Williams (Defendant)<br><br>**Counsel:**<br>Scott R. Mosko (SBN106070)<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666 | **Parties:**<br><br>Cameron Winklevoss (Appellant)<br>Tyler Winklevoss (Appellant)<br>Divya Narendra (Appellant)<br><br>**Counsel:**<br>Steven C. Holtzman (SBN 144177)<br>BOIES SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br><br>D. Michael Underhill *(pro hac vice)*<br>Jonathan M. Shaw *(pro hac vice)*<br>Evan A. Parke *(pro hac vice)*<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br><br>David A. Barrett *(pro hac vice)*<br>BOIES SCHILLER & FLEXNER LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350<br><br>Mark A. Byrne (SBN116657)<br>BYRNE & NIXON LLP<br>800 West Sixth Street, Suite 430<br>Los Angeles, California 90017<br>Telephone: (213) 620-8003<br>Fascimile: (213) 620-8013<br><br>Sean F. O'Shea *(pro hac vice)*<br>Mark A. Weissman *(pro hac vice)*<br>O'SHEA PARTNERS LLP<br>90 Park Avenue, 20th Floor<br>New York, NY 10016<br>Telephone: (212) 682-4426<br>Facsimile: (212) 682-4437<br><br>John F. Hornick<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.<br>901 New York Avenue N.W.<br>Washington, DC 20001<br>Tel: (202) 408-4000<br>Fax: (202) 408-4400 |

| | |
|---|---|
| 1 | Scott R. Mosko (SBN106070)<br>FINNEGAN, HENDERSON,<br>FARABOW, GARRETT<br>& DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Respectfully submitted, |
| 8 | Dated: January 8, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | |
| 10 | | I. NEEL CHATTERJEE<br>Attorneys for Plaintiffs<br>THE FACEBOOK, INC. and MARK ZUCKERBERG |